UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 16 P 4: 31

PATRICIA A. CARPENTER
    Plaintiff,

v.                                                No. 3:00CV2067(JCH)

FLEET NATIONAL BANK
    Defendant.

**DEFENDANTS' MOTION IN LIMINE TO PHROHIBIT THE INTRODUCTION OF
LAY WITNESS TESTIMONY REGARDING FLEET POLICY**

Defendant Fleet National Bank, pursuant to Federal Rules of Evidence 611(a)[1], move this Court to prohibit the introduction of lay witness testimony regarding banking or other policies other than those promulgated by Defendant. Defendant also moves this Court to prohibit the introduction of testimony regarding Fleet policy from any witness without knowledge of the implementation of Fleet policies. As grounds for this Motion, Defendants state as follows:

Certain witness in this matter, including family members of plaintiff, have testified regarding their knowledge of bank policy for institutions other than Defendant Fleet. Defendant Fleet maintains that the policies of Fleet, and not other banking institutions, are at issue in this matter. Any testimony regarding policies from institutions other than Fleet will serve only to confuse the jury in this case.

WHEREFORE, Defendant respectfully requests this Court to enter an Order prohibiting lay witness testimony regarding (1) banking or other policies other than those promulgated by

---

[1] Rule 611(a) provides: "The court shall exercise reasonable control over the mode and order of interrogating witnesses and presenting evidence so as to (1) make the interrogation and presentation effective for the ascertainment of the truth, (2) avoid needless consumption of time, and (3) protect witnesses from harassment or undue embarrassment."

Defendant; and (2) Fleet policy from any witness without knowledge of the implementation of Fleet policies.

THE DEFENDANT
FLEET NATIONAL BANK

By: *George P. Kostakos*
George P. Kostakos (ct17476)
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid, and hand delivery, this 16th day of October 2003, to:

Susan M. Phillips, Esquire
Susiman, Shapiro, Wool, Brennan,
  Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
New London, CT 06320

*George P. Kostakos*
George P. Kostakos