UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PATRICIA A. CARPENTER
    Plaintiff,

2003 OCT 22  A 9: 55

v.

NO. 300CV2067(JCH)

FLEET NATIONAL BANK
    Defendant.

October 21, 2003

## LIST OF DEFENDANT'S TRIAL EXHIBITS

The following exhibits will be marked as full exhibits:

| Defendant's Exhibits | Date | Document |
|---|---|---|
| 15 | | Screen Printouts regarding Claire L. Sonner |
| 16 | 6/8/98 | Document entitled Account Maintenance Policies |
| 17 | | Screen Printouts and Signature cards of C. Sonner |
| 18 | 4/28/98 | Internal Employee Transaction Policy – signed off by employees |
| 19 | 6/29/98 | Memorandum regarding Pat Carpenter and Release of Confidential Information |
| 20 | 8/16/98 | Memorandum regarding Pat Carpenter and Copy of signatures pasted on signature cards |
| 21 | 6/22/98 | Performance Appraisal of Pat Carpenter |
| 22 | | Employee Information Handbook – 1995 |
| 23 | | Employee Information Handbook – 1999 |
| 24 | | Transaction Receipts |
| 25 | | Individual Income Tax Returns of Pat Carpenter (1998-2001) |
| 26 | | Code of Ethics and Business Practices |

FLEET NATIONAL BANK
By its attorneys,

*/s/ George P. Kostakos*

Janet M. Helmke (CT08951)
George P. Kostakos (CT22479)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT  06103-2715
(860) 525-5065
(860) 527-4198 (fax)

PRV_606271_1/AFURNESS

- 2 -

## **CERTIFICATION**

     This is to certify that on the 21st day of October 2003, a copy of the foregoing has been sent via Federal Express to:

Susan M. Phillips, Esquire
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320

*/s/ George P. Kostakos*
George P. Kostakos