FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 OCT 21  P 12: 22

U⋯

---------------------------------------------------

| | | |
|---|---|---|
| PATRICIA A. CARPENTER | : | CIVIL ACTION |
| Plaintiff, | : | NO.  300CV2067 (JCH) |
| v. | : | |
| | : | |
| | : | |
| FLEET NATIONAL BANK, INC. | : | |
| Defendant | : | OCTOBER 20, 2003 |

---------------------------------------------------

<u>**PLAINTIFF'S MOTION IN LIMINE**</u>
<u>**TO PRECLUDE ADMISSION OF "1996 Cost/Benefit Summary"**</u>
<u>**OR TO REDESIGNATE EXHIBIT ON LIST OF EXHIBITS**</u>

Plaintiff, Patricia Carpenter, pursuant to Federal Rules of Evidence 103 (c) and 104

moves this Court to exclude from trial what has been identified by defendant in its list of exhibits

as "1996 Cost/Benefit Summary."  Plaintiff has attached a copy of the exhibit so designated.

Review of this proposed exhibit demonstrates that a small portion of the exhibit reflects a 1996

Benefit Cost Summary.  The majority of the exhibit consists of information sent by the plaintiff

to her economic expert, Dr. Arthur Wright, including results of monthly FIM contests at Fleet

Bank for the months of February 1998 through October 1998.

In order to simplify presentation of this case to a jury, it is respectfully requested

that Fleet Bank either redesignate this exhibit or that it be prohibited from evidence.

WHEREFORE, plaintiff resespectfully requests this Court enter an order prohibiting

admission of the attached exhibit into evidence as it is currently designated.

1

PLAINTIFF,
PATRICIA A. CARPENTER

By _____

   Susan M. Phillips (ct 15529)
   Suisman, Shapiro, Wool, Brennan,
     Gray & Greenberg, P.C.
   2 Union Plaza, Suite 200
   P.O. Box 1591
   New London, CT 06320
   Telephone: (860) 442-4416
   Fax: (860) 442-0495

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by facsimile and U.S. Mail, this 20th day of October, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

Susan M. Phillips

# SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.

TORNEYS-AT-LAW

THE COURTNEY BUILDING, 2 UNION PLAZA - SUITE 200
CORNER OF STATE STREET AND EUGENE O'NEILL DRIVE
P.O. BOX 1591, NEW LONDON, CT 06320
PHONE 860-442-4416 FACSIMILE 860-442-0495

December 12, 2000

Matthew E. Auger
Raymond L. Baribeault, Jr.
James P. Berryman
Michael A. Blanchard
Andrew Brand
James F. Brennan
Morris J. Busca
Harry E. Calmar
Michael P. Carey
John A. Collins, III
Cynthia L. Desmond
Jeanette M. Dostie
Eileen C. Duggan
Lawrence J. Greenberg
Jeffrey W. Hill
Robert B. Keville
Hinda K. Kimmel
Frank J. Liberty
Santa Mendoza
Susan M. Phillips
Martin W. Schoepfer
S. Joel Suisman
Robert G. Tukey
Thomas B. Wilson

In Memoriam
Max M. Shapiro
(1911-1992)
Louis C. Wool
(1911-1997)

Of Counsel
Charles Suisman
L. Patrick Gray, III
Richard A. Schatz

Mr. Arthur Wright
Sazama & Wright
147 Hillyndale Road
Storrs Connecticut 06268

*(handwritten: Copies of Materials sent to A. Wright)*

Re:    Patricia Carpenter v. Fleet National Bank
       No. 300CV2067
       Our File No. 30738

Dear Art:

Enclosed please find your questionnaire as completed by Pat Carpenter as well as documentation she has gathered. Please give me a call should you have any questions.

Sincerely yours,

*Susan M. Phillips*

Susan M. Phillips

SMP/jef
Enclosure

12-07-2000

Dr. Wright

RECEIVED
JMP
DEC - 8 2000

Re. 5e - Benefits.

I have enclosed a copy of my 1996 Benefit Cost Summary + Personal Worksheet along with a copy of one of my pay stubs hoping it will be of assistance to you in determining the cost of fleet's portion of my benefits.

Also enclosed are copies of results of a contest our F.I.S. Specialist Eric Hanson, conducted monthly. Perhaps this could be used in the bonuses category.

Sincerely

Patricia A. Carpenter

Post-it® Fax Note  7671  Date 12/1/00  pages 2
To Judith Fleming  From Art Wright

# Sazama & Wright

## ECONOMISTS

Gerald W. Sazama, Ph.D.
69 Puddin Lane
Mansfield Ctr., CT 06250
(860) 450-1770
(860) 486-3651

Associates:
Francis W. Ahking, Ph.D.
Dennis R. Heffley, Ph.D.
Stephen R. Sacks, Ph.D.

Arthur W. Wright, Ph.D.
147 Hillyndale Road
Storrs, CT 06268
(860) 429-9958
(860) 486-3773

FAX: 860-429-3935

## INFORMATION FOR EVALUATION OF LOST EARNING CAPACITY

**Note**: Please provide the CIVIL NUMBER of the case (if you have one) at the top of your response; this is for record-keeping purposes under Federal Court disclosure rules.

For purposes of foundation, it may be necessary to support with evidence the information supplied below if the case goes to trial.

1. **Personal statistics**      DATE FILLED OUT: 12-01-2000

   a) Claimant's name and address  *Patricia A. Carpenter  3 Charles Street, Plainfield, Ct 06374*

   b) Claimant's date of birth, sex, race, citizenship  *12-03-37, female, white, U.S.*

   c) Date and circumstances of disability or death

   *Terminated 10-27-1998*

2. **Health**

   Prior to the event (accident, malpractice, etc.), did the Claimant have any health conditions, physical or mental, that could have limited activities and earnings?  *no*

3. **Education of Claimant**

   a) Highest level attained; institutions awarding degrees, and dates, if applicable
   *12/56 Secretarial Certificate Norwich Commercial College.*
   b) Special training programs or courses; recognitions of special skill or leadership abilities
   *See attached*
   c) Future educational plans  *Keep abreast of changes in banking as needed.*

4. **Family status of Claimant**

   a) Marital status, actual or planned; date of birth of spouse or intended; education, work history, and earnings of this person (required for estimating family income taxes)  *Divorced 5-2-86*

   b) Names, ages, health, educational plans of all children, actual or planned
   *See attached.*

Information
-2-

**Family status of Claimant** (continued)

c) Names, ages, relationship, plans of any other dependents  *n/a*

d) If divorced, information on alimony and support payments, and which parent takes the children and other dependents as tax exemptions  *no alimony or support payments.*
*Lump sum settlement.*

e) With whom was the claimant living at the time of the event?  *Self*

f) If claimant was less than 30 years old, give education, occupation, and recent annual incomes for both parents.  *n/a*

g) If claimant was less than 20 years old, give education, occupation, and recent annual incomes for both grandparents.  *n/a*

h) Name, address, and phone number of a family member or other knowledgeable party whom we may contact, if necessary, for additional personal information about the claimant. *Daughter*
*Brenda J. Cohen, 10 Canterbury Rd, Plainfield, Ct 06374  Tel. 1-860-230-0373*

5.  **Employment and earnings of Claimant**

a) If possible, provide copies of income tax returns (including forms W2, 1099-Misc., etc.) for at least the three years prior to the event.  For joint returns, please provide information that will permit us to separate the different individuals' incomes.  *Enclosed*

b) Summary of Claimant's employment history for at least the 10 years prior to the event; full-time or part-time?  Include any periods of unemployment, with reasons, within the past 5 years. *see attached*

c) Name, address, and phone number of at least the most recent employer. Please arrange permission to contact employers directly for supplemental information (e.g., about the value of employer contributions to fringe benefits).  *See attached.*

d) History of wage rates and hours, or annual salary rates, for at least the past 5 years. *See attached.*

e) Fringe benefits: retirement, health insurance, life insurance, disability insurance, bonuses, and so on.  (We need to know the portion of the cost contributed by the employer.)

f) Prior to the event, what were the Claimant's prospects for future employment, including promotions or career changes? *I was not looking for a promotion or career change. I would like to have had the opportunity to retire from First Union after my 65th birthday.*

g) Is there any reason why the Claimant's career pattern or life style would have varied significantly from that of an average person of the same age, health, education, and work experience? *no.*

6.  **Other information** that you think would help us in estimating the lost earning capacity of the Claimant.

*1998*
*5c - Bureau - Monthly ... of ...*
*Representative Grace Hansen - #1 State of Ct ...*
*United ... First ... 705 pgs.*

**Information for Evaluation of Lost Earning Capacity**

3. Education of Claimant
      b.) AIB: U.S. Savings Bond Training
              Product Knowledge
              Bank Security
              Selling Bank Services
              Law and Banking
              Consumer Lending
              Supervision and Personnel
              Principles of Banking
              Collection Training

**AIB Customer Service Skills Certificate**

In-Service Bank Training: Marketplace Workshop
                         Galaxy Product Specialist Training
                         Electronic Banking Training

4. Family Status of Claimant
      b.) William E. Carpenter, 41, excellent health, graduate: Brandies University
         Alan R. Carpenter, 39, excellent health, graduate: Worcester Polytechnic
         Institute
         Paul J. Carpenter, 38, excellent health, Automotive Training Center School
         Brenda J. Cohen, 37, excellent health, graduate: Eastern Connecticut State
         University
         Lisa A. Jankowski, 33, excellent health, graduate: New London Academy of
         Hairdressing and Cosmetology

5. Employment and Earnings of Claimant
      b.) 1988 - 1998, Fleet Bank, full-time
         Unemployed 11/1/98 - 4/24/00: terminated from Fleet Bank
         Unemployed 8/1/00 - present: census work completed

      c.) Unites States Bureau of Census, Immediate Supervisor
         Mrs. Trisha McMahon
         64 Campbell Drive
         Canterbury, CT 06331
         1-860-546-2025

      d.)   1999- $5,673.00 Unemployment Compensation
           1998- $27,128,80 Fleet Bank,  $2,751.00 Unemployment Compensation
           1997- $27,680.71  Fleet Bank
           1996- $29,935.00  Fleet Bank
           1995- $30,901.25  Fleet Bank
           1994- $26,770.00  Fleet Bank



*Patricia*

OC/000001230433062264
Central # CT 008716

**E**

# YOUR 1996 BENEFIT COST SUMMARY

To see what your total benefits costs will be for 1996, transfer the codes and costs from your *Personal Worksheet*. Total up the costs and/or credits in each column to approximate your 1996 paystub.

|  |  | **Net Annual Cost** | |
|---|---|---|---|
|  |  | *Pre-tax* | *After-tax* |

## Section I

**Medical**
Plan: *500*    Code: *1151*    $ *501.00*

**Dental**
Plan: *I*    Code: *1171*    $ *65*

**Long Term Disability**
Coverage Level: *66.66* %    Code: *1730*    $ *275.23*

**Personal Accident Insurance**
Coverage Level: *1*    Code: *6102*    $ *21.60*
Amount: *100,000.00*

## Section II

**Basic Life Insurance**
Coverage Level: *2X*    Code: *5200*
Credits for Selling: $    $ - _____ (credit)

**Health Care Reimbursement Account**
Contribution Amount: *0*    Code: *9999*    $ _____

**Dependent Care Reimbursement Account**
Contribution Amount: *0*    Code: *9999*    $ _____

**Flex Vacation**
Buying _____ days    Cost:    $ _____
Selling _____ days    Credit:    $ - _____ (credit)

**Total Pre-tax Costs**
Divide total by 26 to equal your NET PTAX for 1996.    $ *566.00*

**Total After-tax Costs**    $ *296.83*



# *Personal Worksheet*

**Fleet**

Control Number: CT   008306
Employee Number: 0C10000012  43306264
Location: MOOSUP
~me: PATRICIA A CARPENTER
all Stop: CT/EH/B12A

Social Security No.: 043–30–6264
Adjusted Date of Hire: 3/29/76
Data as of: 9/1/95
Zip Code: 06374

~ur Personal Worksheet outlines the benefit options and annual prices available to you in 1996. The number in the block is the number you select
~ the Benefits Action Line menu to make an election for that particular benefit.

### ENROLLMENT INSTRUCTIONS

) Read the **Enrollment Workbook** and determine if you want to change or elect any benefits for 1996.
) Review this worksheet for the specific options and annual prices of the benefits you wish to change/elect.
), Mark the code and annual price and other information, if applicable, in the right-hand column.
) Call the Benefits Action Line (1-800-992-2923) and select the number that corresponds to that particular benefit.
) Follow the verbal instructions.

**emember**

~ you want to change any benefits for 1996 or participate in any of the Flex Benefits, you must call the Benefits Action Line and elect those benefits
~ 1996. If you do not make any elections, your plans and coverage level for Medical, Dental, Personal Accident Insurance and Long-Term Disability
~ll remain the same as in 1995 - noted on your worksheet with an asterisk (*). You will receive normal entitlements for Flex Benefits.

To determine your benefit cost for 1996, complete the **Benefit Cost Summary Worksheet** in the workbook. Retain this worksheet for your records.

## *Section I*

## *Medical*

Do you wish to make a change? If yes, call the Benefits Action Line and select  **#1**

| OPTIONS | | EMPLOYEE | | EE + SPOUSE | | EE + CHILD(REN) | | FAMILY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Codes and Annual Net Employee Prices | | | | | |
| CMMP~Tufts Total Health Plan | 12 * 20 | 1104 2104 | $711 $317 | 1204 2204 | $1,423 $635 | 1304 2304 | $1,245 $555 | 1404 2404 | $1,956 $873 |
| HMO—ConnectiCare | | 1127 | $966 | 1227 | $1,932 | 1327 | $1,691 | 1427 | $2,657 |
| HMO~Aetna Hea~ns~ Co~ut | | 1147 | $738 | 1247 | $1,475 | 1347 | $1,291 | 1447 | $2,028 |
| HMO—Kaiser Permanente CT/MA | | 1153 | $402 | 1253 | $804 | 1353 | $704 | 1453 | $1,106 |
| No Coverage | | 9999 | $0 | | | | | | |
| **FLEET CONTRIBUTION** (only if coverage is elected) | | | $1,660 | | $3,320 | | $2,905 | | $4,565 |

*If you do not enroll in medical coverage, you will receive this option in 1996.

**#1**

CODE: 1151
NET PRICE: 501

(pre-tax)

*handwritten:* 1151   # 501

## *Dental*

Do you wish to make a change? If yes, call the Benefits Action Line and select~ 

| OPTIONS | EMPLOYEE | | EE + SPOUSE | | EE + CHILD(REN) | | FAMILY | |
|---|---|---|---|---|---|---|---|---|
| | | | Codes and Annual Net Employee Prices | | | | | |
| Dental Plan I | *1171 | $65 | 1271 | $130 | 1371 | $114 | 1471 | $180 |
| Dental Plan II | 1172 | $147 | 1272 | $303 | 1372 | $265 | 1472 | $418 |
| No Coverage | 9999 | $0 | | | | | | |
| **FLEET CONTRIBUTION** (only if coverage is elected) | | $153 | | $306 | | $268 | | $420 |

**#2**

CODE: 1171
NET PRICE: 65.

(pre-tax)

* If you do not enroll in dental coverage, you will receive the same elections as 1995.

Y~  ~n a Delta Dental Network State.

## Long-Term Disability

Would you like to participate in Long-Term Disability? If yes, call the Benefits Action Line and select 

| OPTIONS | CODES | ANNUAL PRICES |
|---|---|---|
| 40% of monthly base salary | 1700 | $79.45 |
| 50% of monthly base salary | 1710 | $99.31 |
| 60% of monthly base salary | 1720 | $187.27 |
| 66.66% of monthly base salary | 1730 | $275.23 |
| No Coverage | 9999 | $0 |

If you do not enroll in Long-Term Disability, you will receive the same elections as 1995.

CODE: _1730_
PRICE: _275.23_
(after-tax)

## Personal Accident Insurance

If you wish to make a change? If yes, call the Benefits Action Line and select #4

| EMPLOYEE (100%) | SPOUSE (50%) | EACH CHILD (10%) | EMPLOYEE ONLY | | EMPLOYEE & FAMILY | |
|---|---|---|---|---|---|---|
| | | | Codes and Annual Prices | | | |
| $50,000 | $25,000 | $5,000 | 6101 | $10.80 | 6201 | $16.80 |
| $100,000 | $50,000 | $10,000 | 6102 | $21.60 | 6202 | $33.60 |
| $200,000 | $100,000 | $20,000 | 6103 | $43.20 | 6203 | $67.20 |
| $300,000 | $150,000 | $30,000 | 6104 | $64.80 | 6204 | $100.80 |
| $400,000 | $200,000 | $40,000 | 6105 | $86.40 | 6205 | $134.40 |
| No Coverage | $0 | $0 | 9999 | $0 | | |

If you do not enroll in personal accident insurance, your 1996 coverage will be this amount.

CODE: _6102_
PRICE: _21.60_
(after-tax)

# Section II

## Basic Life Insurance

This sheet provides Basic Life Insurance coverage equal to 2X your base salary. Would you like to sell 4X your base salary in basic life insurance?

If yes, call the Benefits Action Line and select #5

| OPTIONS | CODES | CREDITS |
|---|---|---|
| 1X Salary in Basic Life | 5100 | $63.27 |
| 2X Salary in Basic Life | 5200 | $0 |

If you do not make an election for basic life insurance, your basic life insurance coverage will be 2X your base salary.

CODE: _5200_
CREDITS: _0_
(pre-tax)

## Health Care Reimbursement Account

Would you like to participate in a Health Care Reimbursement Account? If yes, call the Benefits Action Line and select #6

| CODES | 1996 ANNUAL CONTRIBUTION |
|---|---|
| 1100 | $130 — $5,000 |
| 9999 | $0 |

If you do not enter a contribution to a Health Care Reimbursement Account you will not be a participant. It will not default to 1995 elections.

CODE: _9999_
CONTRIBUTION: _0_
(pre-tax)

## Dependent Care Reimbursement Account

Would you like to participate in a Dependent Care Reimbursement Account? If yes, call the Benefits Action Line and select #7

| CODES | 1996 ANNUAL CONTRIBUTION |
|---|---|
| 1200 | $130 — $5,000 |
| 9999 | $0 |

If you do not enter a contribution to a Dependent Care Reimbursement Account you will not be a participant. It will not default to 1995 elections.

CODE: _9999_
CONTRIBUTION: _0_
(pre-tax)

## Flex Vacation

You are eligible to buy 3 days of flex vacation for 1996. You are eligible to sell 3 days of flex vacation for 1996.

Would you like to make a flex vacation election? If yes, call the Benefits Action Line and select #8

| OPTIONS | CODES | ANNUAL PRICES | CREDITS |
|---|---|---|---|
| Normal Entitlement | 9999 | $0 | $0 |
| Buy 1 day | 1801 | $109.13 | $0 |
| Buy 2 days | 1802 | $218.26 | $0 |
| Buy 3 days | 1803 | $327.39 | $0 |
| Sell 1 day | 1811 | $0 | $109.13 |
| Sell 2 days | 1812 | $0 | $218.26 |
| Sell 3 days | 1813 | $0 | $327.39 |

If you do not buy or sell flex vacation days, you will receive Normal Entitlement.

CODE: _9999_
PRICE: _0_
OR
CREDITS: _____

**PLEASE RETAIN YOUR PERSONAL WORKSHEET FOR FUTURE REFERENCE.**


0083

| EMPLOYEE NAME | EMPLOYEE NUMBER | ACCOUNT NUMBER | PAY PERIOD ENDING DATE |
|---|---|---|---|
| PATRICIA A CARPENTER | 016759 | 9393788951 | 06/07/1998 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT |
|---|---|---|
| REG PAY | 80.00 | 1233.84 |
| 401K BAS | | 74.00- |
| 401K OPT | | 74.00- |
| PTAX MED | | 37.27- |
| PTAX DEN | | 2.62- |
| G T L | 7.83- | 7.83 |

| DEDUCTIONS | CURRENT |
|---|---|
| MEDICARE | 17.43 |
| SOC SEC | 74.51 |
| FED TAX | 145.27 |
| STATE CT | 27.88 |
| PERS ACC | .65 |
| LTD PREM | 10.49 |
| US BONDS | 50.00 |

| YEAR TO DATE | YEAR TO DATE |
|---|---|
| GROSS PAY | 19987.65 |
| SOC. SEC. | 1199.66 |
| FEDERAL TAX | 2326.43 |
| STATE TAX | 421.28 |
| 401K | 2306.00 |
| MEDICARE | 280.57 |
| VACATION USED | 40.00 |
| TAXABLE WAGE | 17043.41 |

| TOTAL EARNINGS | 1053.78 |
|---|---|
| NET PAY | 719.72 |

**TOTAL DEDUCTIONS** 326.23

Social Security : 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

| | | | | |
|---|---|---|---|---|
| Company Number | : 0C1 | Federal : S 0 | Additional: |
| Department | : 00123 | State : S 0 | Additional: |
| Rate | : 15.4230 | State 2 : 0 | Additional: |

FIS Securities
211 Kennedy Drive
Putnam, CT 06260



**FINAL RESULTS OF THE FEB. FIM CONTEST!!**

# Fax Cover Sheet

DATE:      February 28, 1998          TIME:      3:05 PM

TO:        Northeast                   PHONE:
           CT Branches                 FAX:

FROM:      Eric Hanson                 PHONE:    860-963-6711
                                       FAX:      860-963-6713

RE:        Contest Report - Final

**Number of pages including cover sheet: 2**

**Message**



WOW! The shortest month of the year, and we have a winner......

# CONGRATULATIONS
# PAT   CARPENTER!!!

With over $200,000 in referred sales, Pat qualifies for a $100.00 gift certificate.

Great Job! We know it wasn't easy.

Honorable mention to:

> DEB
> GLENDA
> JULIE

Deb Blumenthal with $100,000

Glenda Reiner with $55,783

Julie Suggs with $54,300.

Thank you each and every one for your efforts during this promotion.

I look forward to helping you meet the March Madness Challenge and to earn some well-deserved time off. We're counting "SALES" not dollars in March.





FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

**DATE:**   May 29, 1998        **TIME:**   5:52 PM

**TO:**   Northeastern Branches    **PHONE:**
                                   **FAX:**

**FROM:**   Eric Hanson        **PHONE:**   860-963-6711
                               **FAX:**     860-963-6713

**RE:**   Weekly Updates & Schedule

**Number of pages including cover sheet: 5**

**Message - Please distribute or post**

Well, that's it for May! And it was a good one!

Overall we managed to put over $900,000 on the books in new sales -

**Moosup** takes first place among my five branches with $350,000 - earns a Free Lunch for the entire branch along with over $8,000 in Fleet Shares Revenue. Great Job!

**Putnam** takes second with a strong end-of-month finish, closing out with just under $300,000 for May. Super!

**Norwichtown** takes third place with $222,0000 for May. Nice job.

Individually, FIM Superstar **Pat Carpenter** takes first place (again) with over $350,000 referred business. That's worth a heart-felt "Thanks"! Oh, and a gift certificate for $75.00! 

Newcomer **Len Morgansen** pulls off a second place finish with $136,000 for a $50.00 gift certificate. Thanks Len!

And holding on to third is **Cathy Christadore** with over $107,000 for the month. Thank you and your $25.00 gift certificate is reserved!

Thanks to one and all for making May another strong month!

Now, it's off to June. This will be a tough month with vacations and graduations. 1 will be away the last full week of the month so I appreciate anything you can do to load me up with quality appointments early in the month. **Same deal (lunch & certificates) applies for June,** so let's make it happen!

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

**Only one week to go this month....**

**DATE:** July 24, 1998          **TIME:** 8:52 PM

**TO:** Northeastern Branches     **PHONE:**
                                  **FAX:**

**FROM:** Eric Hanson            **PHONE:** 860-963-6711
                                  **FAX:** 860-963-6713

**RE:**      Weekly Updates & Schedule

**CC:**      Carla Mellins

**Number of pages including cover sheet: 5**

**Message**

Yowser! Another great week! What a team we have!!!

Nearly $350,000 booked this week. That brings the total for July to just shy of $1,500,000 .... and we have another week to go. Looks like we might break the record we set in March with $1,592,500.

Thanks again to every one for such a great effort and such terrific referrals.

Pat Carpenter continues to blaze the way with over $477,000 booked this month! Looks like she has a shot at breaking the $500,000 mark in July. That's terrific. Thank you!

Deb Blumenthal holds on to 2nd place with over $212,000! Very nice numbers. Thanks!

Cathy Christadore takes over 3rd place with a strong week and breaks through the $200,000 level. Impressive! Thanks to you as well!

With a week to go in the month there's still room for some jostling at the top. Thelma Fontaine and Bette Slater are well beyond the $150,000 mark and could make a move on the top places to snag a gift certificate. Cindy makes her first appearance on the Leader Board with sales of nearly $48,000 - nice job! And, of course, anyone could land a big sale and zoom to the top of the list at any time. We'll know by Friday who this month's winners are.

Branch wise, Moosup leads the pack with $550,000 - looks like lunch will return to Moosup unless someone can zip by this powerhouse team. Moosup's revenue Fleet Shares for July exceed $12,600 already!

Danielson hangs on to 2nd place with over $376,000 in sales and $8,383 in revenue. What a great effort this month! In a battle for third, Putnam leads Norwichtown by a scant $22,000 - will it hold?

Thanks again to all. Don't let up now - only one week left.  Eric

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **DATE:** | July 31, 1998 | **TIME:** | 8:05 PM |
| **TO:** | Northeastern Branches | **PHONE:** **FAX:** | |
| **FROM:** | Eric Hanson | **PHONE:** **FAX:** | 860-963-6711 860-963-6713 |
| **RE:** | Weekly Updates & Schedule | | |
| **CC:** | - Carla Mellins• | | |



**Number of pages including cover sheet: 5**

**Message**

It's official... a new record for our branches: **$1,803,807 booked in July!!!** Incredible.

Thanks to all - it only happened because you set lots and lots of top-quality appointments for me. Thank you so much for making this possible!

And, the winners are:



**Pat Carpenter** comes through with an amazing **$694,065** to snag 1st place by a wide margin. Terrific job, Pat. You are the FIM queen! Thank you.

Holding on to 2nd place is **Deb Blumenthal** with a very strong **$212,352**! Excellent month and many thanks to you Deb.

Breaking the double century and pulling up in 3rd place is **Cathy Christadore** with **$200,787**! Thanks for the strong finish, Cathy!

Honorable mention to three others who broke the $100,000 mark in July: Thelma Fontaine ($192,584); Bette Slater ($164,437); and Kusum Behari ($139,359). Thanks for your continued great support.

Branch-wise, **Moosup** takes the lunch and 1st place with **$881,357**! That translates to over $20,000 in branch revenue - not a bad month. Thanks for a great team effort!



2nd place goes to **Danielson** with **$376,789** in referred FIM business in July. Amazingly, these sales came from only 7 customers for an amazing average of $53,827 per sale! Thanks for the top quality referrals!

In a close finish for 3rd place, **Putnam** edged out Norwichtown with **$250,414** for the month. Thank you each and every one!

Well, it's off to August. Let's keep the heat on and make it a great one. Thanks again.

*Eric*

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **DATE:** | August 28, 1998 | **TIME:** | 7:35 PM |
| **TO:** | Northeastern Branches | **PHONE:** **FAX:** | |
| **FROM:** | Eric Hanson | **PHONE:** **FAX:** | 860-963-6711 860-963-6713 |
| **RE:** | Weekly Updates & Schedule | | |
| **CC:** | John Blackwell | | |

**Number of pages including cover sheet: 5**

## Message

August slipped by way too fast. There's a day left (Monday) but any sales then will count for September. Not as grand a month as July, but we pulled it out with a $200,000+ week at the very end!



The winning branch is..... Moosup (again)!!! Over $363,000 for August. Very nice and I thank you for your efforts. Once again, lunch is on me. Congratulations!

Putnam takes second with over $218,000 referred in August, while Norwichtown beat out Killingly for third place. Thanks to all who referred business to me. I truly appreciate your support!

Individually, Pat Carpenter jumped back into first place with an outstanding month referring over $328,000! Those gift certificates must be piling up on your dresser. Congratulations and thank you again.

Thelma Fontaine had a great month with more than $194,000! Keep those great referrals coming! Thank you for your efforts and a gift certificate is headed your way.

Topping out the top three winners for August is Cathy Christadore with nearly $90,000! Thanks to you also. I know you spent a lot of time on the phone and I really appreciate your efforts. The final gift certificate is yours.



With the markets acting out, lots of folks are skittish about investments. Keep in mind that this is a great time to remind people that we offer some great (guaranteed) annuities that are currently paying 7.0% for the first year. Nothing wrong with that! For the more far-sighted, there appear to be some bargains in the market now. Now is a better time to buy stocks than at any time since February because prices are depressed! It's like buying them on sale! See you soon and thanks again to all.

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

**DATE:**     September 24, 1998        **TIME:**     2:24 PM

**TO:**     Northeastern Branches        **PHONE:**
                                                        **FAX:**

**FROM:**     Eric Hanson        **PHONE:**     860-963-6711
                                                **FAX:**     860-963-6713

**RE:**     Camelot Cruise Winners

**Number of pages including cover sheet: 8**

**Message**

Congratulations to our four Camelot Cruise Winners!

They are:     **Pat Carpenter**

            **Cathy Christadore**

            **Thelma Fontaine**

            **Glenda Reiner**

I don't think there is any other FIM Rep who had as many winners, so I'm really proud of you all! Congratulations for a job well done.

Without your efforts, our FIM business would be only a fraction of what it is. For the contest period (6/22 - 8/31) this area booked over $2,700,000.

The cruise is on Wednesday, 9/30. Starting at 10:30, winners will cruise, schmooze, wine and dine until 2:00. Sounds like great fun! Enjoy, you deserve it. And, thanks again.

I've attached a complete list of the winners.

                        Eric

FIS Securities
211 Kennedy Dr.
Putnam, CT 06260

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **DATE:** | October 3, 1998 | **TIME:** | 4:10 PM |
| **TO:** | Northeastern Branches | **PHONE:** **FAX:** | |
| **FROM:** | Eric Hanson | **PHONE:** **FAX:** | 860-963-6711 860-963-6713 |
| **RE:** | Weekly Updates & Schedule | | |
| **CC:** | John Blackwell | | |

**Number of pages including cover sheet: 5**

**Message**

Wow! We had an excellent finish to close out September with over $941,000!!! Thanks to all of you who made such great referrals to make this possible.

And the winners are......



1st place goes once again to Pat Carpenter. Pat referred nearly $336,000 in September to snag the top position and the top gift certificate! Congratulations and thank you, Pat.

2nd place is held by Thelma Fontaine whose final week referrals put her in the money for September. Thanks for your referrals, Thelma. You too will receive a gift certificate.

And, in 3rd place, Fran Seiffert also earns a gift certificate for her referrals of $106,000 during September. Thank you, Fran!

The top branch for September is .... Moosup. And with that win, Moosup earns its fifth free lunch for the branch. Awesome! Thank you all.



Now we're into October and the what should be a more typical month for FIM business. I've set our sights on hitting $1,000,000 this month and need your help to do it. We'll continue the gift certificates and lunches for the top three individuals and the top branch. If you'd like to have a review session in your branch on any FIM product or related topic, let me know, I'd be happy to set it up and make it happen.

Thanks again to all - see you soon.

Eric



NOT REALLY, IT JUST MAKES IT LOOK OFFICIAL!

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

**DATE:**     October 26, 1998          **TIME:**     10:16 AM

**TO:**     Northeastern Branches     **PHONE:**
**FAX:**

**FROM:**     Eric Hanson          **PHONE:**     860-963-6711
**FAX:**     860-963-6713

**RE:**     Weekly Updates & Schedule

**CC:**     John Blackwell

**Number of pages including cover sheet: 5**

**Message**

Another good week with actual booked business topping $200,000. Thank you to those of you who set these great appointments.

Going into the last week of the month, Pat Carpenter continues to lead the pack while her branch-mate, Kusum Behari jumps to second place! Between them, Moosup has over $317,000 for the month! Thanks to both of you!

Cathy Christadore holds on to third place and a shot at the third October gift certificate. Cathy's results month-to-date exceed $129,000! Thank you, Cathy.

And, thanks to all the others who are making these numbers possible. Let's finish the month off with a bang! See you soon.

Eric

FIS Securities
211 Kennedy Drive
Putnam, CT 06260

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **DATE:** | November 2, 1998 | **TIME:** | 9:48 AM |
| **TO:** | Northeastern Branches | **PHONE:** **FAX:** | |
| **FROM:** | Eric Hanson | **PHONE:** **FAX:** | 860-963-6711 860-963-6713 |
| **RE:** | Weekly Updates & Schedule | | |
| **CC:** | John Blackwell | | |

**Number of pages including cover sheet: 5**

**Message**

Halloween was ghostly and closed out October with nearly $17,000 in Fleet Shares revenue.

Once again, Moosup took the lead for the month with over $378,000! Thank you!

Individually, Pat Carpenter out-distanced the competition for the final time with over $227,000. For those of you who haven't heard, Pat is no longer with the bank. She will be sorely missed!

Cathy Christadore pulled into second place in the last week of the month and qualifies for a gift certificate. Congratulations and thank you, Cathy.

In third place with a single sale is Kusum Behari. That single sale was worth $150,000 though, enough to take third place.

Looking ahead to November and December, we need to make a special effort to finish off the year with a few touchdowns. I'm aiming for $1,000,000 in each of the last two months this year. I'm confident we can do it, but it will take a special effort. Let me know what I can do to make it happen. And, thanks to all for your continued support.

Eric

