FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 21  P 12: 22

| | | |
|---|---|---|
| PATRICIA A. CARPENTER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 300CV2067 (JCH) |
| v. | : | |
| | : | |
| FLEET NATIONAL BANK, INC. | : | |
| Defendant | : | OCTOBER 20, 2003 |

**PLAINTIFF'S MOTION IN LIMINE
TO PRECLUDE ADMISSION OF
FLEET COMMUNITY COMMITMENT NEWSLETTER**

Plaintiff, Patricia Carpenter, pursuant to Federal Rules of Evidence 103 (c) and 104 moves this Court to exclude from trial what has been identified by defendant in its list of exhbits as Fleet Community Commitment Newsletter - Fall 1995.[1]

A review of this document, which has never been disclosed or produced to plaintiff's counsel prior to this date, demonstrates absolutely no relevance to the issues in this lawsuit. Therefore, in order to streamline the trial proceedings and avoid the risk of wasiting the jury's time or confusing the jury, plaintiff requests that the attached proposed exhibit be kept out of evidence.

---

[1] Defendants Exhibits were received by plaintiff's counsel on October 20, 2003 without having been numbered or labeled. The Court ordered that plaintiff's counsel submit all motions in limine directed to defendant's exhibits for receipt by the Court no later than October 21, 2003. Given this tight "turn around time" plaintiff's counsel has simply attached the proposed exhibit in question.

1

WHEREFORE, plaintiff resepectfully requests this Court enter an order prohibiting admission of the attached proposed exhibit into evidence.

PLAINTIFF,
PATRICIA A. CARPENTER

By /s/ Susan M. Phillips
Susan M. Phillips (ct 15529)
Suisman, Shapiro, Wool, Brennan,
  Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
Telephone: (860) 442-4416
Fax: (860) 442-0495

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by facsimile and U.S. Mail, this 20th day of October, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

_____
Susan M. Phillips

# FLEET COMMUNITY COMMITMENT
### FEATURING INCITY

A Newsletter for Fleet's Partners in Community Development

Volume 2, Number 3
Fall 1995

## Fleet/Shawmut Divestiture Plan Is Beneficial for All

In August, Fleet and Shawmut announced plans to divest 64 branches to comply with antitrust concerns in the pending merger. At the time of the initial announcement, we explained that Fleet and Shawmut were especially interested in identifying buyers who exhibited a concern for the community and a sensitivity to customer and employee needs. On October 2, seven regional banks and one group of investors announced that they would purchase the Fleet and Shawmut branches that are being divested.

This announcement is good news for everyone involved. For Fleet and Shawmut, it means we're one step closer to final approval of the merger. The communities and small businesses benefit because each of the eight financial institutions are dedicated to furthering the local economy—providing loans and business opportunities. In addition, Fleet has committed to maintaining the same combined Fleet/Shawmut levels of low- to moderate-income lending and charitable giving in these markets for the next two years. It is also good news for the employees, as all of the purchasing institutions have agreed to retain these employees. In some cases, the banks will be adding positions within the next year or so.

Our next edition of *Fleet Community Commitment* will be issued after the merger has taken place. While the new Fleet may look different, our strong commitment to the communities in which we do business will remain the same. We look forward to keeping you informed of our community development activities.



Anne Slattery, senior vice president, FFG, is responsible for consumer and small business banking.

## Diversity Initiative Means Good Business for Fleet Financial Group

Fleet Financial Group recently named a 16-member diversity council to direct the corporation's diversity efforts across all business lines and to create a forum for diversity-related issues. Michael Zucchini, vice chairman, Fleet Financial Group, will oversee the council, which consists of a group of dedicated senior managers.

"Valuing diversity means learning to value the differences in our employees to better serve our customers," Zucchini says. Fleet's corporate diversity initiative has been spearheaded by a team of experienced managers with two goals: to create an environment where diversity is valued and incorporated into business strategy; and to promote and sustain workplace diversity in its broadest sense.

As part of the diversity initiative, each line of business will establish its own diversity leadership committee responsible for developing, incorporating, and monitoring diversity goals and programs in annual business plans, and for tailoring corporate diversity programs to meet business line needs.

"This initiative is not a short-term program or another policy," says Martin Geitz, who has been tapped to manage the new diversity effort. "It is an ongoing business imperative that will become part of daily life at Fleet."

---

Fleet Bank, N.A., Fleet's Connecticut bank, was recently rated *Outstanding*, the highest rating possible, by the Office of the Comptroller of the Currency (OCC) upon completion of its examination of the bank's CRA activities.

# Fleet Scholars Gain Business Experience at Fleet Mortgage Group in South Carolina

The Fleet Scholars program, a work-study opportunity for financially eligible minority students, began 23 years ago in Rhode Island. During the past two years, as part of Fleet INCITY, the program expanded corporatewide. This summer, 88 students worked throughout Fleet's banks and subsidiaries, gaining valuable work and business experience.

The scholarships, which are renewable for up to four years, are offered to minority students who demonstrate scholastic achievement and financial need. Upon graduation, many recipients are encouraged to apply for permanent employment and are considered for enrollment in Fleet's management training programs.

Fleet Mortgage Group awarded scholarships to four students from Columbia, SC. They are representative of the outstanding achievers who are named Fleet Scholars every year. "Fleet is proud to offer these dedicated and hardworking students educational scholarships and the benefit of solid work experience in a professional environment," says Agnes Bundy, senior vice president and director, corporate community development. We look forward to seeing these bright young faces each summer."

Sheree McNeal, a secondary English education major from Swansea, says that scholarships and grants allow her to attend Clemson University without undue financial burden, which helped her adjust to the demands of college life. "Being away from home was much tougher than I thought it would be," says McNeal. "I took 18 hours of classes my first semester, and it was nothing like high school. It's a whole new ball game."

McNeal worked full-time the past two summers with Janice Williams, operations manager, accounting. She specialized in the cash area, processing checks and booking deposits. "It was a very rewarding experience," McNeal says. "I was able to apply some of the accounting skills that I acquired during my high school years."

Williams says she saw a big difference in McNeal during her second summer on the job. "Sheree matured a lot during the school year. This summer she was more outgoing and comfortable about asking questions. She fit right in with our department." According to Williams, McNeal's patience will serve her well in a teaching career. Williams is hoping that McNeal will be back again next summer.

As Kirsten Gough prepared to graduate from Columbia High School, she was looking for scholarships that she could apply out-of-state, and Fleet Scholars fit the bill. The Knowledge Master Team member, Girl Scout, and All State Chorus member chose to continue her education at the University of Virginia. "I didn't know I'd love it so much," Gough says. "I got to meet a lot of wonderful people during my freshman year."



In addition to the four Fleet Scholars profiled, 84 students worked throughout Fleet's subsidiaries during the summer months. Fawna Baldwin, left, High School of Commerce graduate, Springfield, Mass., worked as a teller in Fleet's Monarch Place branch, under the supervision of Andrea Collins, right, vice president and district manager. *(Photograph by Edward Cohen)*

*continued on page 8*

**FLEET COMMUNITY COMMITMENT**

Volume 2, Number 3, Fall 1995
Corporate Communications, Fleet Financial Group
50 Kennedy Plaza, Providence, RI 02903 (401) 278-5800

Managing Editor, *Christine Rogers*

Published by Corporate Communications in conjunction with Corporate Community Development, to report on the special programs and lending initiatives that characterize Fleet's community involvement.
Copyright© 1995, by Fleet Financial Group.

 Printed on Recycled Paper      Equal Housing Lender 

# REACH Event in Rhode Island's Central Falls Community Is Sponsored by Fleet

Fleet recently sponsored a "groundbreaking" event that celebrated the near completion of the rehabilitation and renovation of seven rundown homes in Central Falls, R.I., by the nonprofit group Realty Endeavors for Affordable Community Housing (REACH). The National Equity Fund (NEF), to which Fleet Financial Group is a contributor, is providing 50% of the financing of the $1.5-million project.

The housing development project is being called Centennial Houses, in honor of Central Falls' 100th anniversary. The groundbreaking event included a tour of the neighborhood where members of the community could see the works in progress. Each of the seven houses (two are located in an historic district) is being restored to its original appearance. In addition to the restoration of the homes' exquisite exterior details, several of the interiors are receiving bigger kitchens and better bathrooms. All houses are getting new heating, hot water, and electrical systems.

The homes will contain two- or three-bedroom apartments and will be rented only to low-income tenants. A few apartments were completed in October, with the remainder to be ready by early 1996.



*The rehabilitation and renovation of seven rundown homes by REACH in Central Falls, R.I., will be completed by early 1996. Two of these homes are located in the Central Falls historic district.*

## FLEET INCITY UPDATE

The September 1995 report on the $8-billion Fleet INCITY loan access and outreach program shows results of more than $3.17 billion:

- Mortgages for low- and moderate-income customers totaled $2.4 billion, $1.1 billion of which was originated in Fleet's bank markets.

- Approved and closed microloans (loans ranging from $10,000 to $500,000) for small businesses totaled $222 million out of a total INCITY small-business total of $436 million.

- Since April 1, 1994, consumer loans totaled $302 million.

- The $15-million Fleet Community Development Corporation (CDC) has expanded its activities in three states, with its first loan made to a Hartford, Conn., new business.

- The Fleet INCITY Advisory Board held two meetings in 1995 focusing on mortgage lending and merger-related community development activities.

- The second in a series of consumer education videos focusing on small business was produced and will be available in English and a foreign language by mid-November.

- The second phase of *Equity in Treatment* training has begun for Fleet employees, and a corporate director of diversity and Diversity Council have been named.

3

# Fleet Bank of Maine Sponsors Children's Participation at Computer Camp

In a letter written to Denis Mailhot, vice president, community development, Fleet Bank of Maine, Shaida, age 15, writes, "thank you for allowing me to attend the computer program. I know a lot of things I didn't know. I met some nice kids. I love it because there aren't many kids. It's quiet and fun. I wish I could see you so that I can shake your hand."

For Shaida and eight other children, Fleet Bank of Maine's sponsorship of their attendance this past summer at The Casco Computer Center in Portland, afforded them the opportunity to explore computer art, simulation software, and games and animations written by students.

The Casco Computer Center is an after-school program and summer computer camp that teaches computer programming skills by reinforcing the math and language skills learned in school. "The children build thinking and problem-solving skills as they learn to make decisions that control the computer technology," says Katherine Kilcullen, director. "They also learn to work both independently and with children of all ages."










Children learn by doing at The Casco Computer Center. "One of the best parts of my job is watching the kids' reactions as they get computer procedures that they've written themselves to run for the first time," says Katherine Kilcullen, the center's director. "Children benefit from being in control of their own learning."

"Fleet originally was sponsoring three children, as we did last summer, from the Portland PREP/West School," says Mailhot. PREP (Portland Public Rehabilitation and Education Program) is a program that has received national recognition for its program for behaviorally challenged students that involves directing their energies toward becoming productive adults. PREP has a strong expeditionary focus in its curriculum. But after Agnes Bundy, senior vice president and director, corporate community development, learned more about the program during a meeting with Moses AK. Sebunya, president, Portland Chapter, NAACP, Fleet agreed to sponsor an additional six children chosen by the NAACP. A few of these children are immigrants who have been in America for a short time.

"My name is Asumani," writes a seven-year-old. "I was born in Rwanda and have lived in America for three years. Thank you for bringing me into this school. I am learning how to write letters and how to print the stuff I did on the computer."

As the children bring new ideas to class, they learn how to break them down into smaller components to build projects of their own creation. The objective is to build thinking skills that they can then apply in their academic endeavors.

continued on page 5

# Fleet Community Development Corp. Makes First Loan in Massachusetts

In late August, the Fleet Community Development Corporation (CDC) made its first loan to a small business in Massachusetts. The loan will allow Bosco Electronics of Lynn, Mass. to expand and open a retail store in Roxbury.

"Fleet is pleased to be able to help meet the credit needs of Bosco Electronics," says Dan Cahill, manager, FCDC. "Innovative financing sometimes is needed to help small businesses get off the ground and grow. This loan will give Bosco the financing it needs to double its operation."

Bosco Electronics is a small electronics company. Founded more than three years ago by owner and proprietor Geovanny Santillan, the company operates a store on Union Street in Lynn. Some months ago, the company saw the opportunity for growth by opening a second store in Roxbury that could service the large number of medical professionals employed by nearby hospitals such as Brigham and Women's, Children's, and Deaconess. Coincidentally, Bob Cahill, Fleet Bank's Lynn branch manager, translated a prospect letter into Spanish and mailed it to a group of businessowners, including Santillan, that were referred by the local chamber of commerce. Although unable to provide traditional bank financing because of Bosco's small size and lack of credit history, Cahill believed Bosco was a good fit for Fleet's CDC.

Bosco Electronics today is in the process of opening its second store at 1564 Tremont in Roxbury and will employ two additional workers.

"Thriving businesses are the cornerstone of a stable, viable community," Cahill said. "We need a healthy small business sector to create jobs and expand the availability of services and products. By helping bring jobs to Roxbury, this loan is good news for Bosco Electronics and for the community."



Bob Cahill (left), assistant vice president and branch manager, Fleet's Lynn, Mass., branch, and Sharyn Halliday, vice president and assistant manager, Fleet Community Development Corporation (CDC), present a loan check to Twiggy Reyes and Geovanny Santillan, Bosco Electronics. The loan is the first in the state of Massachusetts made by the CDC. (PHOTOGRAPH BY DON WEST)

## Children's Participation at Computer Camp (continued from page 4)

William Shuttleworth, director, PREP/Tutorial Center, found that the program does make a real difference to students who participate. "Thank you for your continued support for a group of students who greatly benefit from your program," writes Shuttleworth. "Last year, we sent Eric and Jeremy to the computer camp. Both boys were selected because they had some interest, but were flailing in their attempts to get an education. A year later, both boys have a computer in their homes. One is entering high school and the other is well on his way."

Eric, now a student at his local public middle school, was an attendee at this year's camp as well. "We learned skills we didn't have before," says Eric. "For example, organization and math skills. We worked on fractions, division skills, and coordinate geometry. It was very, very much fun."

## Butch Charles, Assisted by Fleet Bank, Gives Syracuse a New Sound

After a seven-year pursuit that included the repeal of a 40-year Small Business Association (SBA) ruling and the support of determined bankers like Greg Briggs, vice president, community banking, Fleet Bank of New York, Butch Charles is ready to hit the Syracuse airwaves with his special blend of urban-contemporary music.

Charles has been involved in radio since his Syracuse University days. Seven years ago, he and his partners formed Salt City Communications, and applied, along with four other companies, for the right to operate a new FM station in Syracuse. The Federal Communications Commission (FCC) granted Charles and his partners the rights in December 1991. Following a lengthy appeals process, the way was cleared for Salt City to begin construction of its studio in July of this year. Salt City is proposing an urban-contemporary format for the new station that is similar to that of Syracuse's WOLF-AM, where Charles is station manager.

Financing proved complicated until the July 1994 repeal of a 40-year SBA policy that excluded small businesses involved in the media from receiving SBA financial assistance. "Once the repeal was announced, we were able to put together a financial package that gives Butch what he needs, and gives the financial institutions involved the assurances they require," Briggs says. The result is a $210,000 term loan in which Fleet and two other banks are participating. In addition, a $90,000 loan will be participated in by five financial institutions, and a $65,000 working capital line of credit is being provided solely by Fleet. "I approached Fleet following a presentation the bank made introducing its INCITY program," Charles says. "I am impressed with the help and assistance that Fleet and Greg Briggs provided in working to complete this loan. I'm now able to realize a dream that has been in the making for more than a decade."

### FLEET PARTICIPATES IN MEETING OF CONGRESSIONAL BLACK CAUCUS

Fleet Financial Group participated in the 25th Annual Legislative Black Caucus held this past September. The Congressional Black Caucus is comprised of the black members of the U.S. Congress who have joined together to address the legislative concerns of blacks and minority citizens.

Fleet secured a booth at the Washington Convention Center's Exhibit Hall that was staffed by Fleet Mortgage Group. "Our participation enabled us to touch base with members of the Black Caucus and find out what issues are on their minds," says Agnes Bundy, senior vice president and director, corporate community development, Fleet Financial Group. Fleet also hosted a reception for members of the caucus and their staffs; minority small-business owners; government regulators; several members of the Washington press; and Fleet Mortgage Group loan officers. In addition, Fleet sponsored a table at the annual awards dinner.



From left, Joseph Newsome, South Providence Community Development Corporation, Agnes Bundy, senior vice president and director, corporate community development, Fleet Financial Group, and Representative Floyd Flake (D-NY), were some of the participants at the 25th Annual Legislative Black Caucus.

6

# Report Shows Small Business Lending Is the Fastest-Growing Segment of INCITY

Small-business lending was the fastest-growing segment of Fleet's INCITY program in 1995. Small-business microloans, including Small Business Administration (SBA) loans, as well as Fleet's proprietary Easy Business Banking loans that simplify and speed up the application and approval process for small-business borrowers, grew 127% since the first of the year, from $192.4 million to $436 million.

"We are tremendously encouraged by the strong growth in INCITY's small business lending activity," says Agnes Bundy, senior vice president and director, corporate community development. "The message it sends is clear: small business is alive and well in the inner cities and in all low- and moderate-income communities in Fleet's markets throughout the Northeast. When small businesses are created in these areas, and when they grow and prosper, they improve the lives of the entrepreneurs who start them as well as of the workers who benefit from the jobs small businesses create."

Typical of INCITY small business microloan and Easy Business Banking customers are Won Bae and Ip Boon Park, and Manuel Rivera. The Parks, owners of Sun Oriental Market in Portland, Maine, borrowed $123,000 for their market and gift shop. Rivera, president of S&S Precision Engine Remodeling, Inc. in Hartford, Conn., was approved for a $55,000 Easy Business Banking loan to purchase new equipment and for other business purposes.

Fleet expects continued growth in INCITY small business lending, given the combination of the company's recent designation as the nation's first regional preferred lender by the U.S. Small Business Administration and the expanding demand for small business microloans.

Overall, the INCITY program continues to demonstrate strong momentum, placing more than $3.17 billion in loans and mortgages with more than 71,574 low- to moderate-income individuals and small businesses since its inception in February 1994.

As of September 30, mortgages placed under the INCITY program total $2.4 billion, small business loans amount to $436 million, and consumer loans total $302 million.

"We are delighted with INCITY's continued solid progress through August. The program clearly is delivering bank products and services that support and promote economic growth and meet real needs of people and businesses striving to prosper in low- and moderate-income America," says Bundy.



**CONSTRUCTION OF MERRIMACK PLACE COMPLETED**

Construction of Merrimack Place was completed in June in the center city of Manchester, N.H. Fleet INCITY made an equity investment in the project, through Manchester Neighborhood Housing Services. The 16, 3-bedroom townhouses are now fully occupied and have a waiting list. Fleet's investment is the first by a New Hampshire financial services institution in an unsubsidized affordable housing development. The units are leased to families participating in a limited equity cooperative, and will remain affordable to lower-income working families. The ground breaking ceremony was reported in the January 1995 edition of *Fleet Community Commitment*.

# Fleet Scholars Gain Business Experience at Fleet Mortgage Group (continued from page 2)

An English major, Gough worked this summer in human resources, assisting with special projects such as the development of job descriptions for all corporate departments. It gave her the opportunity to interact with many department managers and perform a variety of tasks.

"Kirsten is very bright and did everything we asked of her," says Angela Appelburg, manager, human resources. "She was exposed to many different avenues of the company. For someone who doesn't have a long work experience, I was impressed with her ability to handle many different issues and problems. It's exciting to know Fleet is helping support the education of someone with such a bright future."

Sylvia Skinner, senior associate, human resources, was impressed by Gough's maturity. "She is very composed for such a young person," says Skinner. "She is very directed and has a good feel for what she wants to do when she graduates." Those plans may include law school.

Other Fleet Scholars included April Harrell, a University of North Carolina chemistry major who earned a 4.137 grade point average (on a 4.0 scale) while at Spring Valley High School. Harrell plans to attend medical school after receiving her B.S. degree. The Fleet scholarship, in combination with other financial awards, allows Harrell to attend college for the cost of her books.

Dianmy Gantt attends Florida A&M University and plays saxophone in the band. The graphic arts major hopes to join her uncle's video media business when she graduates. "The scholarship paid for my books," Gantt says. "This was a relief because there isn't a lot of family to help me."

McNeal expressed the thanks of all recipients for Fleet Mortgage Group's support. "I appreciate all that Fleet has done," she says. "I'm glad Fleet has this program."

It's a sentiment shared by J.T. McLawhorn, president, Columbia Urban League. "We're delighted with the program," says McLawhorn. "Fleet Mortgage Group is a good corporate citizen and we should all let the community know what they're doing."



Peter Lopez, right, Fleet Scholar at Fleet Bank-NH, joined Jon Ellis, vice president, commercial real estate, in a painting project at the French Hill Neighborhood Housing Services in Nashua. Along with other bank employees, Lopez and Ellis helped residents who are unable to complete these home improvement projects themselves.

## NEWS BRIEFS

❖ Fleet Bank, N.A., is sponsoring a team in the newly formed girls' basketball league organized by the city of Hartford, Conn. Mayor Mike Peters officially launched the league in a ceremony that took place recently at Hartford's Buckley High School.

❖ In discussions held in June with U.S. Representative Maurice Hinchey (D-NY), Fleet earmarked $850,000 in small-business lending from the INCITY program for Orange and Dutchess Counties to occur between June 1995 and June 1996. In the first quarter of this one-year period—covering June, July, and August—Fleet has made 10 INCITY loans totaling more than $721,000. An additional 28 small-business loans totaling $1,527,918 were made in Orange and Dutchess Counties that fall outside of the INCITY program. These first-quarter results demonstrate Fleet's strong commitment to small-business lending. At this pace, Fleet will exceed the dollar amount earmarked for these communities under INCITY.

❖ The community banking group of Fleet Bank of Massachusetts, N.A., recently made an SBA-backed loan of $320,000 to Tropical Foods, Springfield, Mass., a wholly owned Hispanic small business that manufactures food seasonings, to build a new production facility at a newly constructed retail mall in Springfield's north end. Once the project is completed, 40-50 new jobs will be generated.