

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 21  P 12: 22

---

PATRICIA A. CARPENTER : CIVIL ACTION
    Plaintiff, : NO. 300CV2067 (JCH)
 v. :
:
:
FLEET NATIONAL BANK, INC. :
    Defendant : OCTOBER 20, 2003

---

### PLAINTIFF'S RENEWED MOTION IN LIMINE
### TO PRECLUDE TESTIMONY OR DOCUMENTARY EVIDENCE
### REGARDING SONNER IRAS

Plaintiff, Patricia Carpenter, pursuant to Federal Rules of Evidence 103 (c) and 104 moves this Court to exclude from trial any testimony or documentary evidence concerning IRAs in the name of Claire Sonner and/or William Sonner.

Defendant's list of exhibits includes the following:

  Screen Printouts Regarding Claire L. Sonner (Attached hereto as Exhibit A[1]); and

  Signature Cards of C. Sonner (Attached hereto as Exhibit B).

The first of these two exhibits, Exhibit A hereto, appears to be two pages (the third and fourth pages to the exhibit appear to duplicate the first and second pages), the first of which contains a computer screen printout of an account title Claire L. Sonner, FBO Willian O. Sonner,

---

[1] Defendants Exhibits were received by plaintiff's counsel on October 20, 2003 without having been numbered or labeled. The Court ordered that plaintiff's counsel submit all motions in limine directed to defendant's exhibits for receipt by the Court no later than October 21, 2003. Given this tight "turn around time" plaintiff's counsel will simply attach the proposed exhibits and discuss them as labeled for attachment to this memo as they have not yet been numbered for introduction into testimony at trial.

1

19 Community Ave on the top and a Revised Signature Card on the bottom showing the account title as William O. Sonner. Both the computer printout and the revised signature card bear the date October 8, 1998. The second page of this exhibit is an Original Signature Card dated October 13, 1995 and bearing the account title Claire L. Sonner, FBO, William O. Sonner. Each of the pages reflect that a single account is involved, that being account number 8037074114. There is no dispute but that this exhibit reflect data relied upon by Fleet Bank in making the decision to termiante Patricia Carpenter's employment. This exhibit is attached and discussed in order to contrast it with the following exhibit (Exhibit B attached hereto), which plaintiff does object to.

Exhibit B attached hereto consists of nine (9) pages. The first and seventh pages are duplicative of the two pages already contained in Exhibit A attached hereto, and should be omitted from this exhibit as duplicative and thus prejudicial to the plaintiff. Admission of multiple copies of documents relied upon to terminate plaintiff can be nothing but inflammatory and have a tendency to unduly prejudice plaintiff by suggesting a greater degree of culpability through repetition of the same evidence.

The second and third pages of Exhibit B attached hereto are computer printouts apparently generated by the bank in an attempt to track whatever changes, if any, had been made to account number 8037074114 in October 1998. There has never been any testimony, at any deposition, or any indication through answers to interrogatories that this data was relied upon by Fleet Bank in making its decision to terminate Patricia Carpenter. In fact, that testimony of the District Operations Manager, Pamela Hoyt, who reviewed certain data supporting the termination of Patricia Carpenter, was that she never reviewed such documentation.

2

The fourth page of Exhibit B attached hereto is a computer printout with handwritten notes. The only circled information, and all the notes, refer to Patricia Carpenter opening a bank account for her daughter on September 2, 1998. This fact is not in dispute, and is already reflected in Plaintiff's Exhibit 5 (Notice of Termination) and Plaintiff's Exhibit 7 (Memo from Behari to Blackwell). Thus, allowing this single page to be included in a packet of documents allegedly constituting an Exhibit regarding the Sonner accounts is improper and likely to prejudice and confuse the jury by drawing attention to an undisputed fact and magnifying its importance or suggesting that it constitutes a separate incident of misconduct, which would not be accurate.

The fifth, eighth and ninth pages of Exhibit B attached hereto reflect six (6) computer screens that reflect four (4) IRA accounts owned by Claire L. Sonner: 8038710012; 8038710127; 8038710346; and 8038710783. What appears to be reflected on these printouts is that as of October 27, 1998, the date pages eight and nine of the exhibit were printed, the title of the accounts had changed from Claire L. Sonner's name to William O. Sonner's name in at least part of the Fleet computer system.

This data, having been generated on October 27, 1998 _after_ Fleet Bank made a decision to terminate plaintiff, obviously did not form a basis for the termination decision. Fleet Bank did introduce the computer screen printouts concerning the Sonner IRAs at the CHRO proceedings before this lawsuit was filed. None of Fleet's witnesses at that time, including Branch Manager Kusum Behari, could clearly explain what has happened to make William Sonner's name appear on Claire Sonner's IRA accounts. No one had any evidence that plaintiff had brought about this change or that if she had done so it was intentional. Further, Pamela Hoyt, the District

Operations Manager who reviewed documentary evidence to confirm misconduct testified in her deposition that she never reviewed any of these printouts. Thus Fleet should be precluded from offering into evidence these three pages, and any testimony about the information reflected therein on the basis that it is not relevant to any of the issues in this lawsuit, (see FRE 401 and 402) and, to the extent that there is marginal relevance, such relevance is substantially outweighed by the danger of confusion of the issues and causing undue delay and waste of time (See FRE 403).

The one page of what is attached hereto as Exhibit B that has not previously been mentioned is the sixth page. This page is apparently a fax cover sheet referring to the account number 8037074114 which was the focus of Exhibit A attached hereto. Although this page is objected to as cumulative and as likely to confuse and prejudice the jury as part of proposed Exhibit B, plaintiff would consent to this single page being placed in attached Exhibit A.

To summarize plaintiff's objections to attached Exhibit B, they are as follows:

| First Page | duplicates attached Exhibit A, thus risk of prejudice and confusion of jury |
|---|---|
| Second Page | computer printout not relied upon as basis of termination and thus irrelevant and risk of prejudice and confusion of jury |
| Third Page | computer printout not relied upon as basis of termination and thus irrelevant and risk of prejudice and confusion of jury |
| Fourth Page | computer printout not related to Sonner accounts which purports to be focus of attached Exhibit B; it also reflects undisputed factual information that is already before the jury in Plaintiffs Exhibits 5 and 7 and inclusion of additional exhibit is likely to confuse and prejudice the jury |

| | |
|---|---|
| Fifth Page | concerns apparent change in name of Claire L. Sonner's IRA accounts to the name of William O. Sonner; this was not a basis for termination as documents not generated until after termination decision made and not reviewed by District Operations Manager; admission would be confusing and prejudicial |
| Sixth Page | relates to subject matter of attached Exhibit A, plaintiff would consent to including this page in that exhibit |
| Seventh Page | duplicates attached Exhibit A, thus risk of prejudice and confusion of jury |
| Eighth Page | concerns apparent change in name of Claire L. Sonner's IRA accounts to the name of William O. Sonner; this was not a basis for termination as documents not generated until after termination decision made and not reviewed by District Operations Manager; admission would be confusing and prejudicial concerns apparent change in name of Claire L. Sonner's IRA accounts to the name of William O. Sonner; this was not a basis for termination as documents not generated until after termination decision made and not reviewed by District Operations Manager; admission would be confusing and prejudicial |
| Ninth Page | concerns apparent change in name of Claire L. Sonner's IRA accounts to the name of William O. Sonner; this was not a basis for termination as documents not generated until after termination decision made and not reviewed by District Operations Manager; admission would be confusing and prejudicial |

In short, the entire exhibit is confusing and disorganized. It consists of individual documents that are either already included in relevant exhibits or which are irrelevant to the issues underlying this lawsuit. Thus, the attached Exhibit B should be excluded from evidence, and any testimony about the Sonner IRA accounts should be prohibited.

WHEREFORE, plaintiff resepctfully requests this Court enter an order prohibiting any reference to, testimony about, or documentary evidence concerning the Sonner IRAs.

                                      PLAINTIFF,
                                      PATRICIA A. CARPENTER

                                By _____
                                      Susan M. Phillips (ct 15529)
                                      Suisman, Shapiro, Wool, Brennan,
                                          Gray & Greenberg, P.C.
                                      2 Union Plaza, Suite 200
                                      P.O. Box 1591
                                      New London, CT 06320
                                      Telephone: (860) 442-4416
                                      Fax: (860) 442-0495

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by facsimile and U.S. Mail, this 20th day of October, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

Susan M. Phillips

EX A

*[Handwritten notations:]* Ex #6 John Blackwell Depo 1/24/02

*[Stamp:]* PLAINTIFF'S EXHIBIT 1 1/3/02

*[Circled handwritten:]* ORIGINAL 1

```
                 08:51 AM  FROM MOOSUP      860 230 2001                    P002

Assist     Last                                                              Escape
Information Query
                                                         Primary Data - CDA
CLAIRE L SONNER, FRO
WILLIAM O SONNER                     ACCT NBR   8037074114   TYPE         923
10 COMMUNITY AVE                                             COLLATERAL    N
                                     FLEET1 ID  003770740    EXEMPT CD     2
PLAINFIELD                           BRANCH         00512    IRA/KEOGH     N
               CT 06374-0000         OFFICER    000000512    SSN#/TIN 045285350
LOS VAL         15,000.00  LST INT AMT        44.28  LST INT  10/08/1998
CUR BAL          8,710.97  INT ENP           -0.00414 NXT INT 11/08/1998
AVAIL BAL          396.53  INT PERDIEM         1.48  LST REN  04/08/1997
FED WITH             0.00  INT PAID LST YR   629.33  NXT REN  04/08/1999
D NOT WITH           0.00  INT PAID YTD      451.57  FIN MAT  00/00/0000
ASSIGNMENTS      8,314.44                            ISSUE    10/13/1995
                           INT FREQ     M INT RATE 06200  LST STMT 10/12/1998
                           INT TERM   001 INT DISP       C NXT STMT 10/23/1998
                           APPLICATION 00                   REN FREQ      M
                           DEP ACCT NBR    0000000000       REN TERM    024

Press Any Key to Continue ...
                                            Thursday October 8, 1998    4:31 pm
```

*[Circled handwritten:]* NEW REVISED

*[Handwritten:]* -98 changed

ACCOUNT TITLE                    ACCOUNT NUMBER
WILLIAM O SONNER                 8037074114
                                 Revised Sig. Card
Street Address
19 COMMUNITY AVE
PLAINFIELD                       CT  06374-1219
                Date of Birth   Signer 2 - I.D. #    Signer 2 - Date of Birth
Account Type    Officer          Bank   Br   Date Opened    CLEARANCE
CDA/923  Pat A Carpenter    34   00512   10/08/1998
Comments
14002  2/98 PKG 100 BA           Phone Numbers Verified
                                 ☐ Employer   ☐ Home
                                 COMPLETE REVERSE SIDE

*[Handwritten at bottom:]* Claire is still living and is Pat Carpenter's sister.

ORIGINAL

Certification. — Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

Certification Instructions. — You must cross out item (2) above if you have been notified by IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

Signature: _Claire A. [illegible]_    Date: 10-13-95

**Permanent CONSUMER Signature Card**

| ACCOUNT NO | DATE OPENED | OPENED BY | CHEK # | BR # |
|---|---|---|---|---|
| 8037074114 | 10/13/95 | pat carpenter | | 34 |

ACCOUNT TITLE: CLAIRE L BONNER, FOO  WILLIAM O BONNER

SIGNER IDENTIFICATION: 00512  CC

SIGNATURE: x _Claire A. [illegible]_ / _William O. [illegible]_

TAX ID #: 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    CHEK #:

THIS APPLICATION INCLUDES TERMS ON REVERSE SIDE.

08:51 AM   FROM MOOSUP   860 230 2001   P002

*Pam Hoyt*
*Pl Ex #2*

*ORIGINAL 1*

Assist     Last                                                                          Escape

Information Query                                                      Primary Data - CDA

CLAIRE L SONNER, FBO
WILLIAM O SONNER             ACCT NBR    8037074114     TYPE            923
19 COMMUNITY AVE                                         COLLATERAL      N
                             FLEET1 ID   003770740      EXEMPT CD       2
PLAINFIELD     CT 06374-0000 BRANCH          00512      IRA/KEOGH       N
                             OFFICER    000000512       SSN#/TIN  045285350

ISS VAL       15,000.00  LST INT AMT            44.28  LST INT    10/08/1996
CUR BAL        8,710.97  INT ENP             -0.00414  NXT INT    11/08/1996
AVAIL BAL        396.53  INT PERDIEM             1.48  LST REN    04/08/1997
FED WITH           0.00  INT PAID LST YR       629.33  NXT REN    04/08/1999
H NOT WITH         0.00  INT PAID YTD          451.57  FIN MAT    00/00/0000
ASSIGNMENTS    8,314.44                                 ISSUE      10/13/1995
                         INT FREQ      M INT RATE 06200 LST STMT  10/12/1995
                         INT TERM    001 INT DISP     C NXT STMT  10/23/1996
                         APPLICATION 00                 REN FREQ          M
                         DEP ACCT NBR      0000000000   REN TERM        024

Press Any Key to Continue ...

                                            Thursday  October 8, 1998    4:31 pm

Numeric

*NEW REVISED 1*                                                         -98

ACCOUNT TITLE                ACCOUNT NUMBER                          *changed*

WILLIAM O SONNER             8037074114

                             Revised Sig. Card

Street Address
19 COMMUNITY AVE
City
PLAINFIELD                                  State & Zip
                                            CT   06374-1919
         Date of Birth    Signer 2 - I.D. #           Signer 2 - Date of Birth
Account Type     Officer          Bank  Br.   Date Opened     CLEARANCE
CDA/923      Pat A Carpenter      34    00512   10/08/1998
Comments
14002  2/98 PKG 100 EA                           Phone Numbers Verified
                                                 ☐ Employer  ☐ Home
                                                 COMPLETE REVERSE SIDE

*Claire is still living and is Pat Carpenter's sister.*



EXB

10/16/98  10:33   FLEET HU... N RESOURCE → 860 437 4271         NO.100  P002/007
                  1 860 986 1168
                    860 230 2001
...  08:51 AM  FROM MOOSUP                                       P002

**ORIGINAL** (1)

```
Assist    Last                                                  Escape
─────────────────────────────────────────────────────────────────────
Information Query                              Primary Data - CDA

CLAIRE L SONNER, FBO       ACCT NBR   8037074114   TYPE       923
WILLIAM O SONNER                                   COLLATERAL   N
10 COMMUNITY AVE           FLEET1 ID  003770740    EXEMPT CD    2
                           BRANCH         00512    IRA/KEOGH    N
PLAINFIELD    CT 06374-0000  OFFICER    000000512  SSNO/TIN  045285350

ISS VAL     15,000.00 LST INT AMT        44.28   LST INT  10/08/1998
CUR BAL      8,716.97 INT ENP           -0.00414 NXT INT  11/08/1998
AVAIL BAL      396.53 INT PERDIEM        1.48    LST REN  04/08/1997
FED WITH         0.00 INT PAID LST YR  629.33    NXT REN  04/08/1999
D NOT WITH       0.00 INT PAID YTD     451.57    FIN MAT  00/00/0000
ASSIGNMENTS  8,314.44                            ISSUE    10/13/1995
                      INT FREQ    M  INT RATE 06200  LST STMT 10/12/1998
                      INT TERM  001  INT DISP     C  NXT STMT 10/23/1998
                      APPLICATION 00                  REN FREQ     M
                      DEP ACCT NBR    0000000000      REN TERM   024

Press Any Key to Continue ...                                     1
─────────────────────────────────────────────────────────────────────
                              Thursday  October 8, 1998     4:31 pm
```

Numeric

**NEW REVISED** (↓)

ACCOUNT TITLE     ACCOUNT NUMBER
WILLIAM O SONNER    8037074114

                  Revised Sig. Card

Street Address
10 COMMUNITY AVE
PLAINFIELD          CT 06374-1818

CDA/923   Pat A Carpenter   34  00512   10/08/1998

-98
hanged

Claire is still living and is Pat Carpenter's sister.

CUP1 1 CIS INDIVIDUAL CUST. PROFILE [illegible]
[illegible] CD 34 [illegible] INFO [illegible] 54282 INDIVIDUAL CUSTOMER DISPLAYED
[illegible] HIST ACCTS? [illegible] (CMNT,CUPP) CUST NO [illegible]
[illegible] SSN/EIN: NO 0[illegible] CD 0 OPENED [illegible]
[illegible] CLOSED [illegible]
[illegible] LST MAIN [illegible]
[illegible] ADR MAIN [illegible]
BRTHDATE [illegible]
DECEASED EMPLOYEE? N
ENTRY MAIL? Y CALL? Y
REL PERS PHONE 860 564-7593 ABON IND NO: 1 2 3 4 5 6
SVC BUS. PHONE 860 779-0300 CD: N N N N N N
WORKS? EIN: 000000000 EMPLOYER DELTA RUBBER CO.
R E M A R K S NEXT: 1
001 PLACED 961219 EXP. DATE 9999999 MMN TETREAULT
002 PLACED 971125 EXP. DATE 991125 VOD FIRST EASTERN MTG 03214 ILS8510 6H
CTN: ACPR ACDT A C C O U N T R E L A T I O N S H I P S NEXT: 1

| SEQ | COID | PRD | ACCOUNT | OPENED | CLOSED | CS | BALANCE | REL |
|---|---|---|---|---|---|---|---|---|
| 001 | 2 | CRD | 5467-0103-0018-8026 | 940615 | | | | COS |
| 002 | 34 | DDA | 9368953214 | 961219 | | | | SOL |
| 003 | 34 | FN1 | 010740223 | 961219 | | | | SOL |
| 004 | 34 | ILS | 0073-4635-1180-8510 | 951123 | | | | BOR |

pu00 1u07

CUP1 1 CIS INDIVIDUAL CUST. PROFILE 98/10/16 11.03.27
[illegible] CD 34 OP INFO MS 24282 INDIVIDUAL CUSTOMER DISPLAYED
[illegible] HIST ACCTS? N ACTN: (CMNT,CUPP) CUST NO 045255350
[illegible] 98 SSN/EIN: NO 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 CD 0 OPENED 911216 OFF01
CLAIRE L SONNER TIE 1 CLOSED SFR-- E12
15 COMMUNITY AVE LST MAIN 981014 SENS CODE 0
PLAINFIELD CT 063741819 ADR MAIN 921003 CUST TYP 01
BRTHDATE 351205 MISC? N
DECEASED EMPLOYEE? N
ENTRY MAIL? N CALL? N
REL PERS PHONE 860 564-7593 ABON IND NO: 1 2 3 4 5 6
SVC BUS. PHONE CD: N N N
WORKS? N EIN: 000000000 EMPLOYER RETIRED
R E M A R K S NEXT: 5
003 PLACED 981030 EXP. DATE 9999999 MMN TETREAULT
004 PLACED 981026 EXP. DATE 9999999 MMN GLEBAS
CTN: ACPR ACDT A C C O U N T R E L A T I O N S H I P S NEXT: 13

| SEQ | COID | PRD | ACCOUNT | OPENED | CLOSED | CS | BALANCE | REL |
|---|---|---|---|---|---|---|---|---|
| 007 | 34 | CDA | 8036135413 | 950216 | | | | SOL |
| 008 | 34 | CDA | 8037074114 | 951116 | | | | SOL |
| 009 | 34 | CDA | 8037074122 | 951012 | | | | SOL |
| 010 | 34 | CDA | 8037074237 | 951113 | | | | SOL |
| 011 | 34 | CDA | 8038708529 | 960111 | | | | SOL |
| 012 | 34 | CRL | 0009176845 | 940301 | | | | JNT |

S16FB0 Mat 4/8/99 → issue 10/13/95 Date Last Main → 10/13/95 (as of 10/16/98)

Gail thinks it was keyed in back room

pu00 1u07

FR, [illegible]074114,
ICPR 00-00-0000
[illegible]ER NUMBER 8037074114 SHORT NAME SONNER CLAIRE ** TIE CUST PROFILE **

THIS CUSTOMER HAS 1 ACCOUNT TOTALING 8,710.97
DATE OF BIRTH 12 05 1935

COUNT 8037074114 STATUS OPEN

```
CXM,8337074114,
21 FLEET NATIONAL BANK                           INFO  IONM   10-16-1998
CUSTOMER NUMBER 8337074114  ENTRY NAME              ** TO S NO CUST MAINT **

  DATE OF DEATH      00 00 00    |   DATE OF DEATH FLAG
  DATE LAST ACTIVE   00 00 00    |   FILE CARD REC
  DATE LAST MAINT    10 13 95    |   CUST PROFILE REC
  DATE LAST SVC      00 00 00    |   DELETION FLAG
  DATE LAST PAYOUT   00 00 00    |

  CUSTOMER USER AREA
```

*(handwritten annotation with arrow pointing to "DATE LAST MAINT" line: "date last maintenance 10/13/95")*

05:03 PM  FROM MOOSUP    860 230 2001    P001

_3_

```
UNMAND  ==)                                          SCROLL  ==) SCREEN
EPORT:CUSADRPT    VERSION:19980930 212342 HIERARCHY COUE:UB34 MOSULO          PAGE:  543    ROW: 1   COL: 1
U34 FLEET BANK OF CONNECTICUT                    SALES MANAGEMENT REPORT                                    
080512 MOOSUP                                    CONSOLIDATION / CALCULATION                      PAGE  S4
UB MOSGLO  REPORT NO 540-M2                          DETAIL REPORT               AS OF: 09/30/1998  VER: V5.0.
                                                                                 RUN ON: 09/30/1998  AT: 21:1
  CENTER ..SECTION.. DATE      CUST IN.. EXST          AMOUNT     POINTS     ACCOUNT ADJ REMARKS/           US
    ...CUSTOMER.NAME....... ....PHONE.....  TRN. VER.    ...EARNED ...EARNED   ..BALANCE.MNT. ACCOUNT.NUMBER.... C/
   080512 982980344 09/02/98   846672794 NEW                                                                  D
    JANKOWSKI, LISA A      (860) 564-5514 *F241DP YES                1.00 ?            9368954452  1
   080512 984906141 09/04/98   040704447 NEW                                                                  D
    CRANDALL, DAVID J      (860) 564-1136 *SLCTOP YES                                  4326280003017824  9
   080512 984940541 09/04/98   843500724 NEW                                                                  D
    ROBBINS, JAMES C       (860) 564-6718 *FL240D YES                                  5077001806115960  9
                                             P31200 YES                                9407938421  1
   080512 980900543 09/08/98   046141231 NEW                           5.00                                    D
    COTE, MAURICE P        (860) 564-5093 *SLCTOP YES                                  5431041003921418  9
                                             P31200 YES                                9407938448  9
   080512 989900247 09/09/98   843919241 NEW                                                                  D
    ADOLFO, ALEJANDRO      (860) 564-7414 *SLCTON YES                                  4326280003022826  9
                                             P17600 YES                                9368954487  1
   080512 910900120 09/10/98   840400082 NEW                         200.00                                    D
    LANGLOIS, JAMES C      (860) 564-5466 *P19700 YES                                  0056105860  9
   080512 910700725 09/10/98   504010331 NEW                                                                  D
    RODRIGUEZ, ISMAEL      (860) 564-3607 *SLCTON YES                                  4326280003025522  9
   080512 911700250 09/11/98   043720342 NEW                                                                  D
    BALROFER, ELIZBETH     (860) 230-0210 *SLCTON YES                                  5431041003925999  9


UNMAND  --=)                                          SCROLL  ==) SCREEN
PORT:CUSADRPT    VERSION:19980930 212342 HIERARCHY COUE:UB34 MOSULO           PAGE:  543    ROW: 25   COL: 1
   080512 911700339 09/11/98   046226464 NEW                                                                  D
    GALLOW, JOHN I         (860) 564-3511 *P92300 YES              4,798.02                 8056105879  1
   080512 914700121 09/14/98   824261290 NEW                                                                  D
    DUSUE, JOHN M          (860) 774-9050 *SLCTON YES                                  4326280003029690  9
   080512 914700140 09/14/98   036507851 NEW                                                                  D
    FRABUTT, CATHERIN      (860) 564-3844 *C----                                       4326280003029953  9
   080512 914700734 09/14/98   371762234                                                                      D
    FRABUTT, DAVID T       (860) 564-3844  3I                                          5431041003928431  9
                                             *PC                                       28159201  9
                                             P2                                        9368954508  1
                                             P3I                                       9407938333  1
   080512 915700084 09/15/98   040229226 I                                                                    D
    ALFIERI, ZURKA DR      (860) 564-3337 *PB3                                         28165043  9
                                             P10.                                      9368954524  1
   080512 916908896 09/16/98   037240678 NE                                                                    D
    CARNEY, THOMAS         (860) 564-2006 *SLCT                                        4326280003033633  9
```

Handwritten notes:
- Patricia Carpenter's daughter.
- Pat opened the a/c on 9/2/98
- No signature card on file
- 10,000.00
- 860-986-1168
- Fax to: Karen Vincent

```
                              960 230 2001
04-27-99 04:30 PM  FROM MOOSUP                                              P006
```



```
aint      CstProfl   Select        AcsFrwd              ChgSrch          Escape
Information Query              Month: 1 2 3 4 5 6       Customer Profile
                        ABCM Indicators: M M M
       Individual Name: CLAIRE L SONNER                    Bank At Work? N
              Address: 19 COMMUNITY AVE
  City State Zipcode: PLAINFIELD CT 063741219              Citizenship:
     Social Security #: 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        Date of Birth: 12/05/1936
          Home Phone: (860) 564-7593       Business Phone:
          Employer: RETIRED                                EIN:
 Mother's Maiden Name: TETREAULT           Bank Employee? N  Mail? M  Phone? N
 BkPrdTyp.Account Number....Balance.Rel   BkPrdTyp.Account Number....Balance.Rel
 02CRD000  5487010300188026          COO  34CRL349  0009176845                JNT
 02CRD000  5487010309923845          BOR  34DDA241  0009176845       404.21   JNT
 34ATM000  5431041003029818          R00  34DDA103  9361851090                SOL
 34ATM000  5431041003691336          R00  34FN1030  003770740                 SOL
 34ATM000  5877801002854612 (NO ACCT) SOL  34FTB000  0452853500                SOL
 34CDA285  0036135130      (CLOSED)  SOL  34IRA195  8036135149     2,597.34  SOL
 34CDA285  8036135413      (CLOSED)  SOL  34IRA195  8037073736     1,067.56  SOL
 34CDA922  8037074122       7,573.92 SOL  34IRA192  ████████       ████████  SOL
 34CDA923  8037074237       5,297.32 SOL  34IRA192  ████████       ████████  SOL
 34CDA285  8038708529      (CLOSED)  SOL  34IRA199  ████████       ████████  SOL

  Account TIN differs from the customer's.
         Numeric

aint      CstProfl   Select              AcsBkwd         ChgSrch         Escape
Information Query              Month: 1 2 3 4 5 6       Customer Profile
                        ABCM Indicators: M M M
       Individual Name: CLAIRE L SONNER                    Bank At Work? N
              Address: 19 COMMUNITY AVE
  City State Zipcode: PLAINFIELD CT 063741219              Citizenship:
     Social Security #: 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        Date of Birth: 12/05/1936
          Home Phone: (860) 564-7593       Business Phone:
          Employer: RETIRED                                EIN:
 Mother's Maiden Name: GLEBAS               Bank Employee? N  Mail? M  Phone? N
 ================ A C C O U N T   R E L A T I O N S H I P S ==================
         BkPrdTyp.Account Number....Balance.Rel
         34IRA198  ████████        2,█████  SOL
         34RID000  0452553500452553500              SOL
         34RID000  0452853500452853500              SOL
```

Handwritten notes:
IRA # 8038710012
       8038710127
       8038710346
       8038710784

"All these IRAs showing Williamson name on — Tuesday October 7, 199_ — Change them back to Claire's name"

Numeric

10/16/98 10:34   FLEET HL   1 860 986 1168 → RESOURCE → 860 437 4271   NO.100   P007/007

10-13-98  08:51 AM   FROM MOOSUP   860 230 2001   P001

# Fleet Bank
## Moosup Office CT-EH-B12A

28 Main Street, Moosup, CT 06354

# FAX COVER SHEET

Tel: (860) 230-2000      Fax: (860) 230-2001

Date: 10/13/98

TO: Karen Vincent      FROM: KUSUM BEHARI

RE: Pat Carpenter      NUMBER OF PAGES 5 (including this one)

Comments: CD A/c # 8037074114
This is the a/c that she deleted her sister's name from, making herself as the sole owner of the a/c, Her sister Claire is still living. This is serious!
— Kusum

PLEASE NOTE: This message is intended only for the use of the individual or entity listed and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this in error, please notify us immediately by the telephone.

CONFI'I



```
                                     860 230 2001
 04-27-99 04:30 PM  FROM MOOSUP                                         P008
```

⑤

```
ist     Last                                                         Escape
 rmation Query
                                                        Primary Data  IRA
 ████████████                ACCT NBR  ████████████  TYPE        159
 COMMUNITY AVE                                        COLLATERAL    N
                             FLEET1 ID  003770740    EXEMPT CD     1
 INFIELD                     BRANCH       00512       IRA/KEOGH    I
              CT 06374-0000  OFFICER    000000512    SSN#/TIN 045205350
 VAL          2,000.00 LST INT AMT            10.76  LST INT   09/30/1998
 BAL          2,204.69 INT ENP                9.72307 NXT INT   10/31/1998
 L BAL        2,204.69 INT PERDIEM            0.36   LST REN   06/09/1997
 WITH             0.00 INT PAID LST YR      108.73   NXT REN   06/09/1999
 T WITH           0.00 INT PAID YTD          95.96   FIN MAT   00/00/0000
 GNMENTS          0.00                               ISSUE     06/16/1997
                       INT FREQ       M  INT RATE 05950  LST STMT 04/15/1997
                       INT TERM     001  INT DISP      C  NXT STMT 00/00/0000
                       APPLICATION   00                   REN FREQ        M
                       DEP ACCT NBR      000000000  REN TERM        024
 ss Any Key to Continue ...

    Numeric                    Tuesday    October 27, 1998        4:26 pm
```

```
      Last                                                           Escape
 rmation Query
                                                        Primary Data  IRA
 ████████████                ACCT NBR  ████████████  TYPE        158
 OMMUNITY AVE                                         COLLATERAL    N
                             FLEET1 ID  000000000    EXEMPT CD     1
 NFIELD                      BRANCH       00512       IRA/KEOGH    I
              CT 06374-0000  OFFICER    000000512    SSN#/TIN 045205350
 VAL          2,000.00 LST INT AMT             9.00  LST INT   09/30/1998
 BAL          2,050.63 INT ENP                8.20820 NXT INT   10/31/1998
 L BAL        2,050.63 INT PERDIEM            0.30   LST REN   00/00/0000
 WITH             0.00 INT PAID LST YR        0.00   NXT REN   07/14/1999
 T WITH           0.00 INT PAID YTD          50.63   FIN MAT   00/00/0000
 GNMENTS          0.00                               ISSUE     04/14/1998
                       INT FREQ       M  INT RATE 05400  LST STMT 04/13/1998
                       INT TERM     001  INT DISP      C  NXT STMT 00/00/0000
                       APPLICATION   00                   REN FREQ        M
                       DEP ACCT NBR      000000000  REN TERM        015
 ss Any Key to Continue ...

    Numeric                    Tuesday    October 27, 1998        4:27 pm
```

⑤

```
                              860 230 2001
04-27-99 04:30 PM  FROM MOOSUP                                        P007
```



```
ssist     Last                                                   Escape
==========================================================================
formation Query                                    Primary Data - IRA

████████████████        ACCT NBR  ███████████  TYPE       192
                                                COLLATERAL   N
) COMMUNITY AVE          FLEET1 ID   003770740  EXEMPT CD    1
                         BRANCH          00512  IRA/KEOGH    I
LAINFIELD     CT 06374-0000  OFFICER  000000512 SSN#/TIN  045285350

SS VAL       2,813.55 LST INT AMT         15.30  LST INT   09/30/1998
UR BAL       3,138.43 INT ENP          13.84726  NXT INT   10/31/1998
VAIL BAL     3,138.43 INT PERDIEM          0.51  LST REN   06/09/1997
ED WITH          0.00 INT PAID LST YR    169.54  NXT REN   06/09/1999
-NOT WITH        0.00 INT PAID YTD       136.59  FIN MAT   00/00/0000
SSIGNMENTS       0.00                            ISSUE     11/18/1996
                  INT FREQ      M  INT RATE 05950  LST STMT 11/17/1996
                  INT TERM    001  INT DISP     C  NXT STMT 00/00/0000
                  APPLICATION  00                  REN FREQ         M
                  DEP ACCT NBR      000000000      REN TERM       024

Press Any Key to Continue ...

                        Tuesday    October 27, 1998       2:24 pm
        Numeric
```

```
sist      Last                                                   Escape
==========================================================================
nformation Query                                   Primary Data - IRA

████████████████        ACCT NBR  ███████████  TYPE       192
                                                COLLATERAL   N
9 COMMUNITY AVE          FLEET1 ID   003770740  EXEMPT CD    1
                         BRANCH          00512  IRA/KEOGH    I
LAINFIELD     CT 06374-0000  OFFICER  000000512 SSN#/TIN  045285350

SS VAL       2,704.35 LST INT AMT         14.73  LST INT   09/30/1998
CUR BAL      3,019.42 INT ENP          13.32064  NXT INT   10/31/1998
VAIL BAL     3,019.42 INT PERDIEM          0.49  LST REN   06/09/1997
ED WITH          0.00 INT PAID LST YR    163.11  NXT REN   06/09/1999
-NOT WITH        0.00 INT PAID YTD       131.41  FIN MAT   00/00/0000
SSIGNMENTS       0.00                            ISSUE     11/12/1996
                  INT FREQ      M  INT RATE 05950  LST STMT 11/11/1996
                  INT TERM    001  INT DISP     C  NXT STMT 00/00/0000
                  APPLICATION  00                  REN FREQ         M
                  DEP ACCT NBR      000000000      REN TERM       024

Press Any Key to Continue ...

                        Tuesday    October 27, 1998       2:25 pm
        Numeric
```

