09/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
RESCHEDULED FROM SEPTEMBER 18, 2003

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

October 6, 2003

10:00 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL
SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE
THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING
THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND
ANY AGREEMENT(S) ALREADY REACHED.  REPRESENTATIVES OF EACH PARTY WITH
FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE
SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

3-00-cv-2067  (JCH) Carpenter v Fleet Natl Bank, Inc
---------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Eileen Catherine Duggan | Suisman, Shapiro, Wool, 2 Union Plaza, PO Box 1591 Ste. 200, New London, CT 860-442-4416 |
| Gary W. Flanagan | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Janet Marie Helmke | Edwards & Angell, 90 State House Sq., 9th Fl., Hartford, CT 860-541-7763 |
| George P. Kostakos | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Douglas B. Neu | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Susan Mara Phillips | Suisman, Shapiro, Wool, 2 Union Plaza, PO Box 1591 Ste. 200, New London, CT 860-442-4416 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK