RECEIVE
OCT 2 7 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 29 P 4: 06

---

| | | |
|---|---|---|
| PATRICIA A. CARPENTER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 300CV2067 (JCH) |
| v. | : | |
| | : | |
| FLEET NATIONAL BANK, INC. | : | |
| Defendant | : | OCTOBER 24, 2003 |

---

## JOINT STATEMENT OF CASE

This case involves a claim by the plaintiff, Patricia Carpenter, that she was terminated from employment at the Moosup, Connecticut Branch of defendant Fleet Bank in violation of the Age Discrimination in Employment Act and the Connecticut Fair Employment Practices Act. Plaintiff seeks monetary compensation for damages she incurred as a result of the termination of her employment. Defendant maintains that it terminated plaintiff from her employment for alleged violations of bank policy. Defendant denies the plaintiff's claims and denies that plaintiff is entitled to any damages.

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
FLEET BANK

By: _____
George Kostakos
Fed Bar No. ct 22479
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
Ph: (401) 274-9200
Fx: (401)276-6611
gkostakos@edwardsangell.com

THE PLAINTIFF,
PATRICIA CARPENTER

By: _____
Susan M. Phillips
Fed. Bar No. ct15529
Suisman, Shapiro
P.O. Box 1591
New London, CT 06320
Ph: (860) 442-4416
Fx: (860) 442-0495
sphillips@sswbgg.com

00135571.WPD; v.

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by facsimile and U.S. Mail, this 24th day of October, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

_____
Susan M. Phillips

00135571.WPD; v.