FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 10  A 11: 32

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| PATRICIA A. CARPENTER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 300CV2067 (JCH) |
| v. | : | |
| | : | |
| FLEET NATIONAL BANK, INC. | : | |
| Defendant | : | NOVEMBER 10, 2003 |

## UNCONTESTED MOTION FOR PERMISSION TO FILE REVISED LIST OF PLAINTIFF'S TRIAL EXHIBITS

Plaintiff, Patricia Carpenter, hereby seeks permission to amend her List of Trial Exhibits in order to include a new Exhibit 15, which is a packet of documents constituting the FIM Sales Contest Results Feb-Oct 1998. This packet of documents had previously been identified as a trial exhibit by defendant, and was then withdrawn through defendant's revised designation of trial exhibits.

The defendant has been consulted regarding this motion, and has not consented to it being granted. Attached to this motion, therefore, is a tab numbered 15 and the proposed exhibit, both for insertion into the notebook containing plaintiff's exhibits. Also attached is a Revised List of Plaintiff's Trial Exhibits to be substituted for the List of Plaintiff's Trial Exhbits currently in the front of the notebook containing plaintiff's exhibits.

RESPECTFULLY SUBMITTED,
PLAINTIFF,

PATRICIA A. CARPENTER

By _____
Susan M. Phillips (ct 15529)
Suisman, Shapiro, Wool, Brennan,
  Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
Telephone: (860) 442-4416
Fax: (860) 442-0495
sphillips@sswbgg.com

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was served by facsimile and U.S. Mail, this 10th day of November, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

                                                             Susan M. Phillips

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
PATRICIA A. CARPENTER            :     CIVIL ACTION
            Plaintiff,        :     NO. 300CV2067 (JCH)
   v.                                       :
                                    :
FLEET NATIONAL BANK, INC.        :
            Defendant       :     NOVEMBER 10, 2003
---------------------------------------------------------

**REVISED LIST OF PLAINTIFF'S TRIAL EXHIBITS**

| Plaintiff's Exhibit # | Document | Date of Document (as applicable) |
|---|---|---|
| 1 | Internal Employee Transaction Policy | April 28, 1998 |
| 2 | Internal Employee Transaction Sign-Off Sheet | June 1, 1998 |
| 3 | Internal Employee Transaction Policy Initialed by Patricia Carpenter on October 14, 1998 | |
| 4 | Pat Carpenter's Attendance Record 1998 | |
| 5 | Notification of Termination | October 27, 1998 |
| 6 | Memo from Behari to Blackwell re: Performance Concerns | October 8, 1998 |
| 7 | Memo from Behari to Blackwell, DeYoung and Evans | October 22, 1998 |
| 8 | Packet of Performance Appraisals for Patricia Carpenter 1993 through 1998 | |

| 9 | Packet of Account Cards for Accounts Pat Carpenter opened for Family Members prior to April 1998 | |
|---|---|---|
| 10 | Employee History at Moosup Branch | |
| 11 | Report of Arthur Wright, Ph.D. | |
| 12 | Letter Supplementing Dr. Wright's Report | |
| 13 | Fax from Behari to Rehla | October 28, 1998 |
| 14 | Fleet Branch Quality Performance Standards | April 30, 1999 |
| 15 | FIM Sales Contest Results Feb-Oct 1998 | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |

PLAINTIFF,
PATRICIA A. CARPENTER

By /s/ Susan M. Phillips

   Susan M. Phillips (ct 15529)
   Suisman, Shapiro, Wool, Brennan,
     Gray & Greenberg, P.C.
   2 Union Plaza, Suite 200
   P.O. Box 1591
   New London, CT 06320
   Telephone: (860) 442-4416
   Fax: (860) 442-0495

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served by U.S. Mail, this 10th day of November, 2003 as follows:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence RI 02903-2499

Ms. Janet M. Helmke
Edwards & Angell, LLP
90 State House Square
Hartford CT 06103-2715

_____
Susan M. Phillips