UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar
Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

OCTOBER 16, 2003

3:30 p.m.

PRETRIAL CONFERENCE HELD
Date: 10/16/03

TRIAL COUNSEL ARE ORDERED BY THE COURT TO BE PRESENT
AT THIS DATE AND TIME, AND TO BE PREPARED TO DISCUSS
ALL PENDING MOTIONS. ADDITIONALLY, TRIAL COUNSEL SHALL
BE PREPARED TO DISCUSS THE PARTIES JOINT TRIAL MEMORANDUM
AND ANY OBJECTIONS THERETO OR CONTAINED THEREIN.

CASE NO.  3-00-cv-2067 Carpenter v Fleet Natl Bank, Inc
----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Eileen Catherine Duggan | Suisman, Shapiro, Wool, 2 Union Plaza, PO Box 1591 Ste. 200, New London, CT 860-442-4416 |
| Gary W. Flanagan | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Janet Marie Helmke | Edwards & Angell, 90 State House Sq., 9th Fl., Hartford, CT 860-541-7763 |
| George P. Kostakos | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Douglas B. Neu | Edwards & Angell, 2800 BankBoston Plaza, Providence, RI |
| Susan Mara Phillips | Suisman, Shapiro, Wool, 2 Union Plaza, PO Box 1591 Ste. 200, New London, CT 860-442-4416 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

ALL PERSONS ENTERING THE COURTHOUSE MUST SHOW PHOTO IDENTIFICATION