CT/cvjysel (January 18, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKET** ~~RPTR~~/RO/TAPE **BALDWIN**

TOTAL TIME: **2** hours **20** minutes

DATE **11-10-03**   START TIME **9:10 AM**   END TIME **11:30 AM**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**CARPENTER**

vs.

**FLEET**

CIVIL NO. **3:00CV2067JCH**
§
§                 **SUSAN PHILLIPS**
§                      Plaintiffs Counsel
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                 **GEORGE KOSTOKOS**
§                      Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____
- ☑ ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____
- ☑ #58 Motion **In Limine** — ☐ granted ☑ denied ☐ advisement
- ☑ #55 Motion **In Limine** — ☐ granted ☑ denied **w/out prejudice** ☐ advisement
- ☑ #56 Motion **In Limine** — ☐ granted ☑ denied **as moot** ☐ advisement
- ☑ #50+57 Motion **In Limine** — ☐ granted ☐ denied ☑ advisement
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☐ _____ ☐ filed ☐ docketed
- ☑ **81** # jurors present
- ☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☑ Voir Dire by Court
- ☑ Peremptory challenges exercised (See attached)
- ☑ Jury of **9** drawn (See attached) ☐ and sworn ☐ Jury Trial commences
- ☑ Remaining jurors excused
- ☐ Discovery deadline set for _____
- ☐ Disposition Motions due _____
- ☐ Joint trial memorandum due _____
- ☑ Trial continued until **11-13-03** at **8:15**

☑ COPY TO: JURY CLERK