<u>**EXHIBIT "A"**</u>

<u>Dismissal</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PATRICIA A. CARPENTER, | |
| Plaintiff, | Civil Action No.<br>3:00 CV 2067 (JCH) |
| v. | |
| FLEET NATIONAL BANK, | |
| Defendant. | December __, 2003 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Patricia A. Carpenter and Defendant Fleet National Bank, hereby stipulate and agree that all claims and counterclaims be dismissed with prejudice, with all rights of appeal waived, and with each party to bear his/her own costs.

Respectfully submitted,

| | |
|---|---|
| PATRICIA A. CARPENTER | FLEET NATIONAL BANK |
| By her attorney, | By its attorneys, |
| | |
| _____ | _____ |
| Susan M. Phillips | Janet M. Helmke (ct09851) |
| SUISMAN, SHAPIRO, WOOL, BRENNAN, | EDWARDS & ANGELL, LLP |
| GRAY & GREENBERG, P.C. | 90 State House Square |
| 2 Union Plaza, Suite 200 | Hartford, CT  06103 |
| PO Box 1591 | (860) 525-5065 |
| New London, CT  06320 | |
| (860) 442-4416 | |