EXHIBIT "A"

Dismissal

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA A. CARPENTER, | |
| Plaintiff, | Civil Action No.<br>3:00 CV 2067 (JCH) |
| v. | |
| FLEET NATIONAL BANK, | |
| Defendant. | December 31, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Patricia A. Carpenter and Defendant Fleet National Bank, hereby stipulate and agree that all claims and counterclaims be dismissed with prejudice, with all rights of appeal waived, and with each party to bear his/her own costs.

Respectfully submitted,

PATRICIA A. CARPENTER
By her attorney,

Susan M. Phillips
SUISMAN, SHAPIRO, WOOL, BRENNAN,
GRAY & GREENBERG, P.C.
2 Union Plaza, Suite 200
PO Box 1591
New London, CT 06320
(860) 442-4416

FLEET NATIONAL BANK
By its attorneys,

Janet M. Helmke (ct09851)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
(860) 525-5065

PRV_614575_1/GKOSTAKOS