*filed in Bpt*
*C. Borosky*
*2-2-04*

# Edwards & Angell LLP

2800 Financial Plaza  Providence, RI 02903  401.274.9200  *fax* 401.276.6611

**George P. Kostakos, Esq.***
401.528.5864
*fax* 401.528.5859
gkostakos@edwardsangell.com
*Also admitted in GA, MA, & NY

October 21, 2003

**RECEIVED**
**OCT 2? 2003**

**VIA FEDERAL EXPRESS**

Deputy Clerk
United States District Court
for the District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

Re:  **Patricia A. Carpenter v. Fleet National Bank**
      **Case Number:  3:00 CV 2067 (JCH)**

Dear Sir or Madam:

Enclosed for filing please find an original Defendant's List of Trial Exhibits in the above-referenced case which is currently scheduled for trial on November 12, 2003.

Thank you for your attention to this matter.

Very truly yours,

George P. Kostakos

GPK/amf

*Please sign for receipt*

Enclosures

cc:  Honorable Janet C. Hall (via Federal Express)
     Susan M. Phillips, Esquire (via Federal Express)

*Mark Lebow*
*Pickup for*
*Edwards & Angel*

PRV_608705_1/AFURNESS

BOSTON  |  FT. LAUDERDALE  |  HARTFORD  |  NEW YORK  |  PROVIDENCE  |  SHORT HILLS, NJ  |  STAMFORD  |  WEST PALM BEACH  |  LONDON